Daniel H. Chang (State Bar No. 183803)
dchang@diversitylaw.com
Craig S. Hubble (State Bar No. 200789)
chubble@diversitylaw.com
Larry W. Lee (State Bar No. 228175)
lwlee@diversitylaw.com
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street
Citigroup Center · Suite 1370
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

Attorneys for Plaintiff Alicia Harris

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ALICIA HARRIS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>VECTOR MARKETING CORPORATION, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: CV 08 5198 EMC<br><br>JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT ; ORDER |
|---|---|

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on or about October 15, 2008, Plaintiff ALICIA HARRIS ("Plaintiff") filed a class action complaint against Defendant VECTOR MARKETING CORPORATION ("Defendant") in the Superior Court of California, County of San Francisco;

WHEREAS, on or about November 17, 2008, Defendant filed an Answer to Plaintiff's Complaint ("Answer") in the Superior Court of California, County of San Francisco;

WHEREAS, on or about November 17, 2008, Defendant removed the instant action to the United States District Court, Northern District;

WHEREAS the parties, through their counsel of record, have met and conferred

**JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT**

1 regarding filing of a First Amended Complaint;

2 WHEREAS a copy of Plaintiff's First Amended Complaint is attached hereto as Exhibit "A";

IT IS HEREBY STIPULATED by the parties herein, through their counsel of record, as follows:

1. Upon entry of this Stipulation, Plaintiff shall be allowed to file said First Amended Complaint.

2. Upon service of notice of Plaintiff's filing of said First Amended Complaint, Defendant shall have ten (10) days to file its responsive pleading to said First Amended Complaint.

SO STIPULATED.

Dated: December 5, 2008            DIVERSITY LAW GROUP

                                   By: _____
                                       Larry W. Lee, Esq.
                                       Attorneys for Plaintiff

Dated: December 5, 2008            REED SMITH, LLP

                                   By: _____
                                       John P. Zaimes, Esq.
                                       Attorneys for Defendant

I, Larry W. Lee, attest that I have obtained concurrence from John P. Zaimes in the filing of this Stipulation. See N.D. Cal. General Order 45 § 10(B).

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen — United States District Court, Northern District of California*

**JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT**