Daniel H. Chang (State Bar No. 183803)
dchang@diversitylaw.com
Craig S. Hubble (State Bar No. 200789)
chubble@diversitylaw.com
Larry W. Lee (State Bar No. 228175)
lwlee@diversitylaw.com
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street
Citigroup Center · Suite 1370
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

Attorneys for Plaintiff Alicia Harris

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HARRIS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>VECTOR MARKETING CORPORATION, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: CV 08 5198 EMC<br><br>JOINT STIPULATION TO FILE SECOND AMENDED COMPLAINT ; ORDER |

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on or about October 15, 2008, Plaintiff ALICIA HARRIS ("Plaintiff") filed a class action complaint against Defendant VECTOR MARKETING CORPORATION ("Defendant") in the Superior Court of California, County of San Francisco;

WHEREAS, on or about November 17, 2008, Defendant filed an Answer to Plaintiff's Complaint in the Superior Court of California, County of San Francisco;

WHEREAS, on or about November 17, 2008, Defendant removed the instant action to the United States District Court, Northern District;

WHEREAS, on or about December 9, 2008, Plaintiff filed her First Amended Complaint;

WHEREAS, on or about December 23, 2008, Defendant filed an Answer to Plaintiff's First Amended Complaint;

WHEREAS the parties, through their counsel of record, have met and conferred regarding filing of a Second Amended Complaint;

WHEREAS a copy of Plaintiff's Second Amended Complaint is attached hereto as Exhibit "A";

IT IS HEREBY STIPULATED by the parties herein, through their counsel of record, as follows:

1. Upon entry of this Stipulation, Plaintiff shall be allowed to file said Second Amended Complaint.

2. Upon service of notice of Plaintiff's filing of said Second Amended Complaint, Defendant shall have ten (10) days to file its responsive pleading to said Second Amended Complaint.

SO STIPULATED.

Dated: February 2, 2009                    DIVERSITY LAW GROUP

                                           By:     /s/
                                                Larry W. Lee, Esq.
                                                Attorneys for Plaintiff

Dated: February 2, 2009                    REED SMITH, LLP

                                           By:     /s/
                                                John P. Zaimes, Esq.
                                                Attorneys for Defendant

I, Larry W. Lee, attest that I have obtained concurrence from John P. Zaimes in the filing of this Stipulation. See N.D. Cal. General Order 45 § 10(B).

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2
JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT