# ReedSmith

John P. Zaimes
Direct Phone: +1 213 457 8029
Email: jzaimes@reedsmith.com

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
+1 213 457 8000
Fax +1 213 457 8080
reedsmith.com

February 24, 2009

**VIA E-FILE**

Hon. Edward M. Chen
United States District Court
Northern District Of California
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    Request for Brief Continuance of Initial Case Management Conference
              or, in the Alternative, Request for Telephonic Appearance

Dear Judge Chen:

    I am writing at the suggestion of your clerk, Betty Lee to request a brief continuance of the Case Management Conference in <u>Harris v. Vector Marketing</u>, Case No. CV 08 5198 EMC. I have injured my left knee somehow to such a degree that I have great difficulty walking. My best guess is that it is a further tear of a slightly torn meniscus that I have had for the past few months. I have an appointment to see the orthopedist on Thursday, though I was hoping to get in to see him tomorrow, Wednesday, but for the scheduled Case Management Conference.

    I appreciate that the Court prefers to have counsel appear in person and I am happy to do that but would request that the Court continue the hearing to allow me to do so. If the Court wants to keep tomorrow's hearing on calendar, I request that the Court allow me to appear telephonically because it is painful for me to walk, and the travel from Los Angeles will be extremely difficult.

    I have spoken with counsel for plaintiff, Larry Lee, and he would prefer having me appear by telephone (he intends to appear in person) over continuing the Case Management Conference.

    Thank you for your consideration.

Very truly yours,

John P. Zaimes

JPZ:lc
cc:    Larry Lee (via e-mail)

IT IS SO ORDERED that John Zaimes may appear by phone at the Case Management Conference on 2/25/09 at 1:30 p.m. Court will initiate call. _____

Edward M. Chen, U.S. Magistrate

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE