Daniel H. Chang (State Bar No. 183803)
dchang@diversitylaw.com
Craig S. Hubble (State Bar No. 200789)
chubble@diversitylaw.com
Larry W. Lee (State Bar No. 228175)
lwlee@diversitylaw.com
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street
Citigroup Center · Suite 1370
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

*Additional Plaintiff's Counsel Listed on Following Page
Attorneys for Plaintiff Alicia Harris

John P. Zaimes (SBN 91933)
jzaimes@reedsmith.com
John H. Lien (SBN 222842)
jlien@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:	+1 213 457 8000
Facsimile:	+1 213 457 8080
Attorneys for Defendant Vector Marketing Corporation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HARRIS, as an individual and on behalf of all others similarly situated,<br><br>	Plaintiffs,<br>	vs.<br><br>VECTOR MARKETING CORPORATION, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>	Defendants. | Case No.: CV 08 5198 EMC<br><br>[~~PROPOSED~~] ORDER RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION BRIEFING SCHEDULE |

## ADDITIONAL PLAINTIFF'S COUNSEL

Sherry Jung, Esq. (State Bar No. 234406)
sherryj23@hotmail.com
**LAW OFFICES OF SHERRY JUNG**
448 S. Hill St., Ste. 605
Los Angeles, California 90013
(213) 489-8900
(213) 489-8915 facsimile

**ORDER**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that:

1. Plaintiff shall submit her Supplemental Opposition to Defendant's Motion for Summary Judgment on or before July 24, 2009;

2. Plaintiff's Supplemental Opposition to Defendant's Motion for Summary Judgment shall be limited to no more than 10 pages;

3. Defendant shall submit its Reply Brief to Plaintiff's Opposition and Supplemental Opposition on or before August 7, 2009;

4. Defendant's Reply Brief shall be allowed to file a reply brief to Plaintiff's Opposition and Supplemental Opposition totaling up to 22 pages; and

5. Defendant's Motion for Summary Judgment shall be heard on August 26, 2009 at 10:30 a.m.

IT IS SO ORDERED.

Date: July 7, 2009



**[PROPOSED] ORDER RE: DEFENDANT'S MSJ BRIEFING SCHEDULE**