UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Alicia Harris,

    Plaintiff,

v.

Vector Marketing Corporation,

    Defendant.
_____/

Case No. CV08-05198 EMC

**ORDER RESETTING JURY TRIAL FROM 10/4/10 TO 5/23/11**

    Pursuant to the Joint Stipulation re Election of Trial Date filed by parties on February 3, 2010, is it hereby ordered that the 15-day jury trial is **reset** from 10/4/2010 to **5/23/2011 at 8:30 a.m.** in Courtroom **D,** 15th Floor, 450 Golden Gate, San Francisco, CA 94102.  All other dates will be set at the 3/17/2010 Status Conference.  An updated joint status conference statement shall be filed by 3/10/2010. Parties shall meet and confer and include in the joint updated status conference statement an agreeable time line for the FLSA class certification motion.

    IT IS SO ORDERED.

Dated: February 3, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge