UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Alicia Harris,

        Plaintiff,

        v.

Vector Marketing Corporation,

        Defendant.
_____/

Case No. CV08-05198 EMC

**AMENDED ORDER RESETTING JURY TRIAL FROM 5/23/11 to 6/6/2011**

        Due to the court's calendar conflict, is it hereby ordered that the 15-day jury trial is **reset** from 5/23/2011 to **6/6/2011 at 8:30 a.m.** in Courtroom **D,** 15th Floor, 450 Golden Gate, San Francisco, CA 94102. All other dates will be set at the 3/17/2010 Status Conference. An updated joint status conference statement shall be filed by 3/10/2010. Parties shall meet and confer and include in the joint updated status conference statement an agreeable time line for the FLSA class certification motion.

        IT IS SO ORDERED.

Dated: February 10, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge