# EXHIBIT "A"

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-05198-EMC

Harris v. Vector Marketing Corporation
Assigned to: Magistrate Judge Edward M. Chen
Case in other court: San Francisco County Superior Court,
                     CGC 08-480874
Cause: 28:1331 Fed. Question

Date Filed: 11/17/2008
Jury Demand: Plaintiff
Nature of Suit: 790 Labor: Other
Jurisdiction: Federal Question

### Plaintiff

**Alicia Harris**                            represented by   **Craig Steven Hubble**
                                                             Diversity Law Group
                                                             444 S Flower St #1370
                                                             Los Angeles, CA 90071
                                                             213-488-6555
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Daniel Hyo-Shik Chang ,**
                                                             Diversity Law Group, P.C.
                                                             444 S Flower St Ste 1370
                                                             Los Angeles, CA 90071
                                                             213-488-6555
                                                             Fax: 213-488-6554
                                                             Email: dchang@diversitylaw.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Larry W Lee**
                                                             Diversity Law Group, P.C.
                                                             444 S. Flower St
                                                             Suite 1370
                                                             Los Angeles, CA 90071
                                                             213-488-6555
                                                             Fax: 213-488-6554
                                                             Email: lwlee@diversitylaw.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Sherry Jung ,**
                                                             Law Office of Sherry Jung
                                                             605
                                                             448 S. Hill Street
                                                             Los Angeles, CA 90013

                                                             213-489-8900
                                                             Fax: 213-489-8915
                                                             Email: sherryj23@hotmail.com
                                                             *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Louis Michael Marlin**
Marlin & Saltzman
3200 El Camino Real
Suite 100
Irvine, CA 92602
714 669 4900
Email:
louis.marlin@marlinsaltzman.com
*ATTORNEY TO BE NOTICED*

**Marcus Joseph Bradley**
Marlin & Saltzman
29229 Canwood Street
Suite 208
Agoura Hills, CA 91301
310-478-5838
Fax: 310-478-1232
Email: mbradley@marlinsaltzman.com
*ATTORNEY TO BE NOTICED*

**Stanley Donald Saltzman**
Marlin & Saltzman
29229 Canwood Street
Suite 208
Agoura Hills, CA 91301
(818) 991-8080
Fax: (818) 991-8081
Email: ssaltzman@marlinsaltzman.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Vector Marketing Corporation**　　　represented by **John H Lien ,**
Reed Smith LLP
355 S. Grand Avenue
Suite 2900
Los Angeles, CA 90071
213-457-8004
Fax: 213-457-8080
Email: jlien@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Peter Zaimes**
Reed Smith LLP
355 S Grand Ave Ste 2900
Los Angeles, CA 90071-1514
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Seungjin Yu**
Reed Smith LLP
355 So. Grand Ave., Suite 2900
Los Angeles, CA 90071
213-457-8301
Fax: 213-457-8080
Email: jsyu@reedsmith.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2008 | 1 | NOTICE OF REMOVAL / no process from San Francisco County Superior Court. Their case number is cgc 08- 480874. (Filing fee $350 receipt number 34611025613). Filed byVector Marketing Corporation. (ga, COURT STAFF) (Filed on 11/17/2008) (Entered: 11/18/2008) |
| 11/17/2008 | 2 | Certificate of Interested Entities by Vector Marketing Corporation identifying Other Affiliate Alcas Corp, Other Affiliate Cutco Corporation, Other Affiliate Cutco Cutlery Corporation, Other Affiliate Cutco International Inc., Other Affiliate Kabor Knives Inc. for Vector Marketing Corporation. re 1 Notice of Removal (ga, COURT STAFF) (Filed on 11/17/2008) (Entered: 11/18/2008) |
| 11/17/2008 | 3 | NOTICE OF RELATED CASE by Vector Marketing Corporation (ga, COURT STAFF) (Filed on 11/17/2008) (Entered: 11/18/2008) |
| 11/17/2008 | 4 | ADR SCHEDULING ORDER: Case Management Statement due by 2/18/2009. Case Management Conference set for 2/25/2009 01:30 PM.. Signed by Judge Edward M. Chen on 11/17/08. (Attachments: # 1 Standing Order)(ga, COURT STAFF) (Filed on 11/17/2008) (Entered: 11/18/2008) |
| 11/17/2008 |  | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 11/17/2008) (Entered: 11/18/2008) |
| 11/18/2008 | 5 | CERTIFICATE OF SERVICE by Vector Marketing Corporation re 3 Notice (Other), 4 ADR Scheduling Order, 2 Certificate of Interested Entities, 1 Notice of Removal (ga, COURT STAFF) (Filed on 11/18/2008) (Entered: 11/19/2008) |
| 12/08/2008 | 6 | STIPULATION *to File First Amended Complaint* by Alicia Harris. (Attachments: # 1 Exhibit A - Plaintiff's First Amended Complaint)(Lee, Larry) (Filed on 12/8/2008) (Entered: 12/08/2008) |
| 12/09/2008 | 7 | AMENDED COMPLAINT against Vector Marketing Corporation. Filed byAlicia Harris. (ga, COURT STAFF) (Filed on 12/9/2008) (Entered: 12/12/2008) |
| 12/23/2008 | 8 | Answer to Amended Complaint 7 Amended Complaint byVector Marketing Corporation. (Yu, Jordan) (Filed on 12/23/2008) (Entered: 12/23/2008) |
| 12/31/2008 | 9 | STIPULATION AND ORDER re 6 Stipulation filed by Alicia Harris. Signed by Judge Edward M. Chen on 12/31/08. (bpf, COURT STAFF) (Filed on 12/31/2008) (Entered: 12/31/2008) |
| 01/21/2009 | 10 | CONSENT to Proceed Before a US Magistrate Judge by Vector Marketing Corporation.. (Lien, John) (Filed on 1/21/2009) (Entered: 01/21/2009) |
| 01/29/2009 | 11 | CONSENT to Proceed Before a US Magistrate Judge by Alicia Harris.. (Lee, |

| | | Larry) (Filed on 1/29/2009) (Entered: 01/29/2009) |
|---|---|---|
| 02/06/2009 | 12 | STIPULATION *to File Second Amended Complaint* by Alicia Harris. (Attachments: # 1 Exhibit A to Joint Stipulation to File Second Amended Complaint)(Lee, Larry) (Filed on 2/6/2009) (Entered: 02/06/2009) |
| 02/06/2009 | 13 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Lee, Larry) (Filed on 2/6/2009) (Entered: 02/06/2009) |
| 02/06/2009 | 14 | STIPULATION and Proposed Order selecting Early Neutral Evaluation by Alicia Harris (Lee, Larry) (Filed on 2/6/2009) (Entered: 02/06/2009) |
| 02/06/2009 | 15 | STIPULATION AND ORDER re 12 Stipulation filed by Alicia Harris. Signed by Judge Edward M. Chen on 2/6/09. (bpf, COURT STAFF) (Filed on 2/6/2009) (Entered: 02/06/2009) |
| 02/06/2009 | 16 | (SEE DOCKET 21) ORDER REFERRING CASE to Private ADR. Signed by Judge Edward M. Chen on 2/6/09. (bpf, COURT STAFF) (Filed on 2/6/2009) Modified on 2/25/2009 (bpf, COURT STAFF). (Entered: 02/06/2009) |
| 02/09/2009 | 17 | SECOND AMENDED COMPLAINT against Vector Marketing Corporation. Filed by Alicia Harris. (ga, COURT STAFF) (Filed on 2/9/2009) (Entered: 02/09/2009) |
| 02/18/2009 | 18 | JOINT CASE MANAGEMENT STATEMENT filed by Vector Marketing Corporation. (Lien, John) (Filed on 2/18/2009) (Entered: 02/18/2009) |
| 02/24/2009 | 19 | Letter from John Lien. (Lien, John) (Filed on 2/24/2009) (Entered: 02/24/2009) |
| 02/25/2009 | 20 | ORDER granting appearance by phone re 19 Letter filed by Vector Marketing Corporation. Signed by Judge Edward M. Chen on 2/25/09. (bpf, COURT STAFF) (Filed on 2/25/2009) (Entered: 02/25/2009) |
| 02/25/2009 | 21 | CORRECTED DOCKET ATTACHMENT FOR 15 and 16 ORDER REFERRING CASE to Private ADR. Signed by Judge Edward M. Chen on 2/6/09. (bpf, COURT STAFF) (Filed on 2/25/2009) (Entered: 02/25/2009) |
| 02/26/2009 | 22 | Minute Entry: Initial Case Management Conference held on 2/25/2009 before Edward M. Chen. 15-day jury trial set for 10/4/2010 at 8:30 a.m. This case is referred to private mediation to be completed by 5/6/2009. Case continued to: 5/13/2009 at 2:30 p.m. for Status Conference. An updated joint status conference statement shall be filed by 5/6/2009. (Date Filed: 2/26/2009). (Tape #1:40-1:59.) (bpf, COURT STAFF) (Date Filed: 2/26/2009) (Entered: 02/26/2009) |
| 02/26/2009 | 23 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Statement due by 5/6/2009. Case Management Conference set for 5/13/2009 02:30 PM. Discovery due by 5/17/2010. Jury Trial set for 10/4/2010 08:30 AM in Courtroom D, 15th Floor, San Francisco. Motion Hearing set for 7/1/2009 02:30 PM in Courtroom C, 15th Floor, San Francisco. Motions due by 6/3/2009. Pretrial Conference set for 9/22/2010 03:00 PM in Courtroom C, 15th Floor, San Francisco.. Signed by Judge Edward M. Chen on 2/26/09. (bpf, COURT STAFF) (Filed on 2/26/2009) (Entered: 02/26/2009) |
| 02/26/2009 | 24 | FIRST AMENDED CASE MANAGEMENT SCHEDULING ORDER (Motion hearing changed from 7/1/09 to 7/8/09): Motion Hearing set for 7/8/2009 02:30 PM in Courtroom C, 15th Floor, San Francisco.. Signed by Judge Edward M. Chen on 2/26/09. (bpf, COURT STAFF) (Filed on 2/26/2009) (Entered: |

| | | |
|---|---|---|
| | | 02/26/2009) |
| 02/26/2009 | 25 | AMENDED Minute Entry (Motion hearing changed from 7/1/09 to 7/8/09) Initial Case Management Conference held on 2/25/2009 before Edward M. Chen. (Date Filed: 2/26/2009). (Tape #1:40-1:59.) (bpf, COURT STAFF) (Date Filed: 2/26/2009) (Entered: 02/26/2009) |
| 03/02/2009 | 26 | NOTICE by Alicia Harris *of Association of Counsel* (Lee, Larry) (Filed on 3/2/2009) (Entered: 03/02/2009) |
| 03/20/2009 | 27 | **\*\*\* FILED IN ERROR. PLEASE SEE DOCKET # 29 . \*\*\*** ANSWER to Amended Complaint *Second Amended Comlaint* byVector Marketing Corporation. (Lien, John) (Filed on 3/20/2009) Modified on 3/20/2009 (ewn, COURT STAFF). (Entered: 03/20/2009) |
| 03/20/2009 | 28 | ANSWER to Complaint *Second Amended Complaint* byVector Marketing Corporation. (Lien, John) (Filed on 3/20/2009) (Entered: 03/20/2009) |
| 03/20/2009 | 29 | ANSWER to Complaint *Second Amended Comlaint CORRECTION OF DOCKET # 27 AND 28* byVector Marketing Corporation. (Lien, John) (Filed on 3/20/2009) (Entered: 03/20/2009) |
| 03/24/2009 | 30 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *by Vector Marketing Corporation and Counsel* (Lien, John) (Filed on 3/24/2009) (Entered: 03/24/2009) |
| 04/07/2009 | 31 | STIPULATION *Re: Tolling Agreement* by Alicia Harris. (Lee, Larry) (Filed on 4/7/2009) (Entered: 04/07/2009) |
| 04/09/2009 | 32 | STIPULATION AND ORDER RE TOLLING AGREEMENT. Signed by Judge Edward M. Chen on 4/9/09. (bpf, COURT STAFF) (Filed on 4/9/2009) (Entered: 04/09/2009) |
| 05/06/2009 | 33 | STATUS REPORT *UPDATED JOINT STATUS CONFERENCE STATEMENT* by Alicia Harris. (Lee, Larry) (Filed on 5/6/2009) (Entered: 05/06/2009) |
| 05/14/2009 | 34 | Minute Entry: Status Conference held. 15-day jury trial remains to begin on 10/4/2010 at 8:30 a.m. Parties informed court that FLSA class issue will be deferred, however, motion(s) for summary judgment will be filed by 6/3/2009. Hearing to be held on 7/8/2009 at 2:30 p.m. (Date Filed: 5/14/2009). (Tape #2:58-3:01.) (bpf, COURT STAFF) (Date Filed: 5/14/2009) (Entered: 05/14/2009) |
| 06/03/2009 | 35 | MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof* filed by Vector Marketing Corporation. Motion Hearing set for 7/8/2009 02:30 PM. (Lien, John) (Filed on 6/3/2009) (Entered: 06/03/2009) |
| 06/03/2009 | 36 | Proposed Order re 35 MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof* MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof [Proposed] Order Granting Defendant Vector Marketing Corporation's Motion for Summary Judgment or, in the Alternative, Summary Adjudication of Claims* by Vector Marketing Corporation. (Lien, John) (Filed on 6/3/2009) (Entered: 06/03/2009) |

| | | |
|---|---|---|
| 06/03/2009 | 37 | Declaration of Jean-Paul Arlie in Support of 35 MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof* MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof Declaration of Jean-Paul Arlie in Support of Defendant Vector Marketing Corporation's Motion for Summary Judgment or, in the Alternative, Summary Adjudication [F.R.C.P. 56]* filed by Vector Marketing Corporation. (Related document(s) 35 ) (Lien, John) (Filed on 6/3/2009) (Entered: 06/03/2009) |
| 06/03/2009 | 38 | Declaration of Mary Bartolini in Support of 35 MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof* MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof Declaration of Mary Bartolini in Support of Defendant Vector Marketing Corporation's Motion for Summary Judgment or, in the Alternative, Summary Adjudication [F.R.C.P. 56]* filed by Vector Marketing Corporation. (Related document(s) 35 ) (Lien, John) (Filed on 6/3/2009) (Entered: 06/03/2009) |
| 06/03/2009 | 39 | Declaration of Monica Carrasco in Support of 35 MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof* MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof Declaration of Monica Carrasco in Support of Defendant Vector marketing Corporation's Motion for Summary Judgment or, in the Alternative, Summary Adjudication [F.R.C.P. 56]* filed by Vector Marketing Corporation. (Related document(s) 35 ) (Lien, John) (Filed on 6/3/2009) (Entered: 06/03/2009) |
| 06/03/2009 | 40 | Declaration of Danzaldy Casanova in Support of 35 MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof* MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof Declaration of Danzaldy Casanova in Support of Defendant Vector Marketing Corporation's Motion for Summary Judgment or, in the Alternative, Summary Adjudication [F.R.C.P. 56]* filed by Vector Marketing Corporation. (Related document(s) 35 ) (Lien, John) (Filed on 6/3/2009) (Entered: 06/03/2009) |
| 06/03/2009 | 41 | Declaration of W. Scott Downey, PH.D in Support of 35 MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof* MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof Declaration of W. Scott Downey, PH.D, in Support of Defendant Vector Marketing Corporation's Motion for Summary Judgment or, in the Alternative, Summary Adjudication [F.R.C.P. 56]* filed by Vector Marketing Corporation. (Related document(s) 35 ) (Lien, John) (Filed on 6/3/2009) (Entered: 06/03/2009) |
| 06/03/2009 | 42 | Declaration of Jill S. Attaway, PH.D in Support of 35 MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof* MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof Declaration of Jill S.* |

| | | |
|---|---|---|
| | | *Attaway, PH.D, in Support of Defendant Vector Marketing Corporation's Motion for Summary Judgment or, in the Alternative, Summary Adjudication [F.R.C.P. 56]* filed by Vector Marketing Corporation. (Related document(s) 35 ) (Lien, John) (Filed on 6/3/2009) (Entered: 06/03/2009) |
| 06/03/2009 | 43 | Declaration of Derek N. Hassay in Support of 35 MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof* MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof Declaration of Derek N. Hassay in Support of Defendant Vector Marketing Corporation's Motion for Summary Judgment or, in the Alternative, Summary Adjudication [F.R.C.P. 56]* filed by Vector Marketing Corporation. (Related document(s) 35 ) (Lien, John) (Filed on 6/3/2009) (Entered: 06/03/2009) |
| 06/03/2009 | 44 | Declaration of Todd Hedrick in Support of 35 MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof* MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof Declaration of Todd Hedrick in Support of Defendant Vector Marketing Corporation's Motion for Summary Judgment or, in the Alternative, Summary Adjudication [F.R.C.P. 56]* filed by Vector Marketing Corporation. (Related document(s) 35 ) (Lien, John) (Filed on 6/3/2009) (Entered: 06/03/2009) |
| 06/03/2009 | 45 | Declaration of Rick Leahy in Support of 35 MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof* MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof Declaraton of Rick Leahy in Support of Defendant Vector Marketing Corporation's Motion for Summary Judgement or, in the Alternative, Summary Adjudication [F.R.C.P. 56]* filed by Vector Marketing Corporation. (Related document(s) 35 ) (Lien, John) (Filed on 6/3/2009) (Entered: 06/03/2009) |
| 06/03/2009 | 46 | Declaration of Matthew Lewis in Support of 35 MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof* MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof Declaration of Matthew Lewis in Support of Defendant Vector Marketing Corporation's Motion for Summary Judgment or, in the Alternative, Summary Adjudication [F.R.C.P. 56]* filed by Vector Marketing Corporation. (Related document(s) 35 ) (Lien, John) (Filed on 6/3/2009) (Entered: 06/03/2009) |
| 06/03/2009 | 47 | Declaration of John H. Lien in Support of 35 MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof* MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof Declaration of John H. Lien in Support of Defendant Vector Marketing Corporation's Motion for Summary Judgment or, in the Alternative, Summary Adjudication [F.R.C.P. 56]* filed by Vector Marketing Corporation. (Related document(s) 35 ) (Lien, John) (Filed on 6/3/2009) (Entered: 06/03/2009) |
| | | |

| 06/03/2009 | 48 | Declaration of Joseph Mariano in Support of 35 MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof* MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof Declaration of Joseph Mariano in Support of Defendant Vector Marketing Corporation's Motion ofr Summary Judgment or in the Alternative, Summary Adjudication [F.R.C.P. 56]* filed by Vector Marketing Corporation. (Related document(s) 35 ) (Lien, John) (Filed on 6/3/2009) (Entered: 06/03/2009) |
|---|---|---|
| 06/03/2009 | 49 | Declaration of Paul Matheson in Support of 35 MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof* MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof Declaration of Paul Matheson in Support of Defendant Vector Marketing Corporation's Motion for Summary Judgment or, in the Alternative, Summary Adjudication [F.R.C.P. 56]* filed by Vector Marketing Corporation. (Related document(s) 35 ) (Lien, John) (Filed on 6/3/2009) (Entered: 06/03/2009) |
| 06/03/2009 | 50 | CERTIFICATE OF SERVICE by Vector Marketing Corporation re 49 Declaration in Support,, 41 Declaration in Support,, 47 Declaration in Support,, 42 Declaration in Support,, 43 Declaration in Support,, 44 Declaration in Support,, 48 Declaration in Support,, 37 Declaration in Support,, 38 Declaration in Support,, 46 Declaration in Support,, 35 MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof* MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof*, 45 Declaration in Support,, 40 Declaration in Support,, 39 Declaration in Support,, 36 Proposed Order,, *Proof of Service* (Lien, John) (Filed on 6/3/2009) (Entered: 06/03/2009) |
| 06/17/2009 | 51 | Memorandum in Opposition *Defendant's Motion for Summary Judgment, or in the Alternative, Summary Adjudication* filed by Alicia Harris. (Lee, Larry) (Filed on 6/17/2009) (Entered: 06/17/2009) |
| 06/17/2009 | 52 | AFFIDAVIT in Opposition *Declaration of Alicia Harris in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, or in the Alternative, Summary Adjudication* filed by Alicia Harris. (Lee, Larry) (Filed on 6/17/2009) (Entered: 06/17/2009) |
| 06/17/2009 | 53 | AFFIDAVIT in Opposition *Declaration of Larry W. Lee in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, or in the Alternative, Summary Adjudication* filed by Alicia Harris. (Lee, Larry) (Filed on 6/17/2009) (Entered: 06/17/2009) |
| 06/17/2009 | 54 | Brief *Plaintiff's Objection to Defendant's Evidence in Support of Motion for Summary Judgment, or in the Alternative, Summary Adjudication* filed by Alicia Harris. (Lee, Larry) (Filed on 6/17/2009) (Entered: 06/17/2009) |
| 06/17/2009 | 55 | Declaration of Craig S. Hubble *In Support of Plaintiff's Objection to Defendant's Evidence in Support of Motion for Summary Judgment, or in the Alternative, Summary Adjudication* filed by Alicia Harris. (Lee, Larry) (Filed on 6/17/2009) (Entered: 06/17/2009) |
| 06/17/2009 | 56 | CERTIFICATE OF SERVICE by Alicia Harris re 52 Affidavit in Opposition to |

| | | |
|---|---|---|
| | | Motion, <u>53</u> Affidavit in Opposition to Motion, <u>55</u> Declaration in Support, <u>54</u> Brief, <u>51</u> Memorandum in Opposition *to Defendant's Motion for Summary Judgment, or in the Alternative, Summary Adjudication* (Lee, Larry) (Filed on 6/17/2009) (Entered: 06/17/2009) |
| 06/18/2009 | <u>57</u> | CLERKS NOTICE vacating 7/8/09 hearing (bpf, COURT STAFF) (Filed on 6/18/2009) (Entered: 06/18/2009) |
| 06/29/2009 | <u>58</u> | First Ex Parte Application *re Setting Briefing Schedule on Defendant's Motion for Summary Judgment, or in the alternative, Summary Adjudication* filed by Alicia Harris. (Lee, Larry) (Filed on 6/29/2009) (Entered: 06/29/2009) |
| 06/29/2009 | <u>59</u> | Declaration of Larry W. Lee *in Support of Plaintiff's Ex Parte re Setting Briefing Schedule on Defendant's Motion for Summary Judgment, or in the alternative, Summary Adjudication* filed byAlicia Harris. (Lee, Larry) (Filed on 6/29/2009) (Entered: 06/29/2009) |
| 06/29/2009 | <u>60</u> | Proposed Order *Granting Plaintiff's Ex Parte re Setting Briefing Schedule on Defendant's Motion for Summary Judgment, or in the alternative, Summary Adjudication* by Alicia Harris. (Lee, Larry) (Filed on 6/29/2009) (Entered: 06/29/2009) |
| 07/02/2009 | <u>61</u> | STIPULATION re <u>57</u> Clerks Notice *re MSJ Briefing Schedule* by Alicia Harris. (Attachments: # <u>1</u> Proposed Order Re: Defendant's MSJ Briefing Schedule)(Lee, Larry) (Filed on 7/2/2009) (Entered: 07/02/2009) |
| 07/06/2009 | <u>62</u> | STIPULATION AND ORDER re <u>58</u> First Ex Parte Application *re Setting Briefing Schedule on Defendant's Motion for Summary Judgment, or in the alternative, Summary Adjudication* filed by Alicia Harris, <u>61</u> Stipulation filed by Alicia Harris. Signed by Judge Edward M. Chen on 7/6/09. (bpf, COURT STAFF) (Filed on 7/6/2009) (Entered: 07/06/2009) |
| 07/06/2009 | | Set/Reset Hearings: Motion Hearing set for 8/26/2009 10:30 AM in Courtroom C, 15th Floor, San Francisco. (bpf, COURT STAFF) (Filed on 7/6/2009) (Entered: 07/06/2009) |
| 07/24/2009 | <u>63</u> | Memorandum in Opposition *Plaintiff's Supplemental Opposition to Defendant's Motion for Summary Judgment* filed byAlicia Harris. (Attachments: # <u>1</u> Affidavit of Larry W. Lee in Support of Plaintiff's Supplemental Opposition to Defendant's MSJ, # <u>2</u> Affidavit of Alicia Harris in Support of Plaintiff's Supplemental Opposition to Defendant's MSJ)(Lee, Larry) (Filed on 7/24/2009) (Entered: 07/24/2009) |
| 08/07/2009 | <u>64</u> | Reply Memorandum *of Points and Authorities in Support of Motion for Summary Judgment/Summary Adjudication* filed byVector Marketing Corporation. (Lien, John) (Filed on 8/7/2009) (Entered: 08/07/2009) |
| 08/07/2009 | <u>65</u> | OBJECTIONS to *Defendant Vector Marketing Corporation to Plaintiff Alicia Harris' Evidence in Opposition to Motion for Summary Judgment* by Vector Marketing Corporation. (Attachments: # <u>1</u> Objections of defendant Vector Marketing Corporation to Plaintiff Alicia Harris' Evidence in Opposition to Motion for Summary Judgment)(Lien, John) (Filed on 8/7/2009) (Entered: 08/07/2009) |
| 08/07/2009 | <u>66</u> | Declaration of John H. Lien *Supplemental Declaration of John H. Lien in Support of Defendant Vector Marketing Corporation's Motion for Summary Judgment or, In the Alternative, Summary Adjudication [F.R.C.P. 56]* filed |

| | | byVector Marketing Corporation. (Attachments: # 1 Supplemental Declaration of John H. Lien in Support of Defendant Vector Marketing Corporation's Motion for Summary Judgment or, In the Alternative, Summary Adjudication [F.R.C.P. 56] (Part 2))(Lien, John) (Filed on 8/7/2009) (Entered: 08/07/2009) |
|---|---|---|
| 08/07/2009 | 67 | CERTIFICATE OF SERVICE by Vector Marketing Corporation re 64 Reply Memorandum, 65 Objection, 66 Declaration in Support,, *Proof of Service* (Lien, John) (Filed on 8/7/2009) (Entered: 08/07/2009) |
| 08/25/2009 | 68 | MOTION to Amend/Correct 17 Amended Complaint filed by Alicia Harris. Motion Hearing set for 9/30/2009 10:30 AM in Courtroom C, 15th Floor, San Francisco. (Attachments: # 1 Affidavit of Larry W. Lee in Support of Plaintiff's Motion for Leave to File Third Amended Complaint, # 2 Exhibit to Declaration of Larry W. Lee, # 3 Proposed Order Granting Plaintiff's Motion for Leave to File Third Amended Complaint)(Lee, Larry) (Filed on 8/25/2009) (Entered: 08/25/2009) |
| 08/26/2009 | 69 | Minute Entry: Motion Hearing held on 8/26/2009 before Edward M. Chen (Date Filed: 8/26/2009) re 35 MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof* MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication [F.R.C.P. 56]; Memorandum of Points and Authorities in Support Thereof* filed by Vector Marketing Corporation. Court took matter under submission. Defendants request to extend hearing on Plaintiffs motion for leave to file third amended complaint granted. Hearing reset from 9/30/09 to 10/21/09 at 10:30 a.m. Opposition shall be filed by 9/30/09. Reply shall be filed by 10/7/09. (Court Reporter Sahar McVickar.) (bpf, COURT STAFF) (Date Filed: 8/26/2009) (Entered: 08/26/2009) |
| 08/26/2009 | | Set/Reset Hearings: Motion Hearing reset for 10/21/2009 10:30 AM in Courtroom C, 15th Floor, San Francisco. (bpf, COURT STAFF) (Filed on 8/26/2009) (Entered: 08/26/2009) |
| 09/01/2009 | 70 | NOTICE by Vector Marketing Corporation *Notice of Unabailability of Counsel* (Lien, John) (Filed on 9/1/2009) (Entered: 09/01/2009) |
| 09/04/2009 | 71 | ORDER Granting in Part and Denying in Part 35 Defendant's Motion for Summary Judgment. Signed by Judge Edward M. Chen on 9/4/2009. (emcsec, COURT STAFF) (Filed on 9/4/2009) (Entered: 09/04/2009) |
| 09/15/2009 | 72 | MOTION to Compel *Further Responses to Plaintiff's Request for Production of Documents* filed by Alicia Harris. Motion Hearing set for 10/21/2009 10:30 AM in Courtroom C, 15th Floor, San Francisco. (Attachments: # 1 Affidavit of Larry W. Lee in Support of Plaintiff's Motion to Compel Further Responses, # 2 Exhibit to Declaration of Larry W. Lee, # 3 Separate Statement in Support of Plaintiff's Motion to Compel Further Responses, # 4 Proposed Order Granting Plaintiff's Motion to Compel Further Responses)(Lee, Larry) (Filed on 9/15/2009) (Entered: 09/15/2009) |
| 09/15/2009 | 73 | MOTION for Sanctions *Pursuant to FRCP 37(a)(5) and Civil Local Rule 37-3* filed by Alicia Harris. Motion Hearing set for 10/21/2009 10:30 AM in Courtroom C, 15th Floor, San Francisco. (Attachments: # 1 Affidavit of Larry W. Lee in Support of Plaintiff's Motion for Sanctions, # 2 Proposed Order Granting Plaintiff's Motion for Sanctions)(Lee, Larry) (Filed on 9/15/2009) (Entered: 09/15/2009) |

| 09/30/2009 | 74 | Opposition to MOTION for Leave to File *Third Amended Complaint* filed by Vector Marketing Corporation. Motion Hearing set for 10/21/2009 10:30 AM. (Lien, John) (Filed on 9/30/2009) Modified on 10/13/2009 (ga, COURT STAFF). (Entered: 09/30/2009) |
| --- | --- | --- |
| 09/30/2009 | 75 | MEMORANDUM in Opposition *to Plaintiff's Motion to Compel and For Sanctions* filed by Vector Marketing Corporation. (Lien, John) (Filed on 9/30/2009) (Entered: 09/30/2009) |
| 09/30/2009 | 76 | Declaration of John H. Lien in Support of 74 MOTION for Leave to File *Third Amended Complaint Declaration of John H. Lien in Support of Defendant Vector Marketing Corporation's Opposition to Plaintiff's Motion to for Leave to File Third Amended Complaint* filed by Vector Marketing Corporation. (Related document(s) 74 ) (Lien, John) (Filed on 9/30/2009) (Entered: 09/30/2009) |
| 09/30/2009 | 77 | Declaration of John H. Lien in Support of 75 Memorandum in Opposition *Declaration of John H. Lien in Support of Defendant Vector Marketing Corporation's Opposition to Plaintiff's Motion to Compel and for Sanctions* filed by Vector Marketing Corporation. (Related document(s) 75 ) (Lien, John) (Filed on 9/30/2009) (Entered: 09/30/2009) |
| 09/30/2009 | 78 | Declaration of Paul Matheson in Support of 74 MOTION for Leave to File *Third Amended Complaint Declaration of Paul Matheson in Support of Defendant Vector Marketing Corporation's Opposition to Plaintiff's Motion for Leave to File Third Amended Complaint* filed by Vector Marketing Corporation. (Related document(s) 74 ) (Lien, John) (Filed on 9/30/2009) (Entered: 09/30/2009) |
| 09/30/2009 | 79 | CERTIFICATE OF SERVICE by Vector Marketing Corporation re 75 Memorandum in Opposition, 74 MOTION for Leave to File *Third Amended Complaint*, 77 Declaration in Support, 76 Declaration in Support, 78 Declaration in Support, *Proof of Service* (Lien, John) (Filed on 9/30/2009) (Entered: 09/30/2009) |
| 10/07/2009 | 80 | REPLY to Response to Motion re 68 MOTION to Amend/Correct 17 Amended Complaint MOTION to Amend/Correct 17 Amended Complaint filed by Alicia Harris. (Attachments: # 1 Affidavit of Larry W. Lee in Support of Plaintiff's Reply, # 2 Exhibit A to Declaration of Larry W. Lee, # 3 Exhibit B to Declaration of Larry W. Lee)(Lee, Larry) (Filed on 10/7/2009) (Entered: 10/07/2009) |
| 10/07/2009 | 81 | Reply to Opposition re 73 MOTION for Sanctions *Pursuant to FRCP 37(a)(5) and Civil Local Rule 37-3* MOTION for Sanctions *Pursuant to FRCP 37(a)(5) and Civil Local Rule 37-3* filed by Alicia Harris. (Lee, Larry) (Filed on 10/7/2009) (Entered: 10/07/2009) |
| 10/07/2009 | 82 | Reply to Opposition re 72 MOTION to Compel *Further Responses to Plaintiff's Request for Production of Documents* filed by Alicia Harris. (Attachments: # 1 Affidavit of Larry W. Lee in Support of Plaintiff's Reply, # 2 Exhibit A to Declaration of Larry W. Lee)(Lee, Larry) (Filed on 10/7/2009) (Entered: 10/07/2009) |
| 10/09/2009 | 83 | MOTION Defendant Vector Marketing Corporation's Notice of Motion and Motion for Certification of Order Denying Summary Judgment for Interlocutory Appeal (28 U.S.C. 1292(b) and for Stay of District Court Proceedings; Memorandum of Points and Authorities in Support Thereof filed by Vector Marketing Corporation. Motion Hearing set for 11/17/2009 10:30 AM. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order Defendant Vector Marketing Corporation's Motion for Certification of Order Denying Summary Judgment for Interlocutory Appeal and for Stay of District Court Proceedings)(Lien, John) (Filed on 10/9/2009) (Entered: 10/09/2009) |
| 10/09/2009 | 84 | CERTIFICATE OF SERVICE by Vector Marketing Corporation *Proof of Service* (Lien, John) (Filed on 10/9/2009) (Entered: 10/09/2009) |
| 10/19/2009 | 85 | Ex Parte Application re 73 MOTION for Sanctions *Pursuant to FRCP 37(a)(5) and Civil Local Rule 37-3* MOTION for Sanctions *Pursuant to FRCP 37(a)(5) and Civil Local Rule 37-3*, 68 MOTION to Amend/Correct 17 Amended Complaint MOTION to Amend/Correct 17 Amended Complaint, 72 MOTION to Compel *Further Responses to Plaintiff's Request for Production of Documents* filed by Vector Marketing Corporation. Motion Hearing set for 10/20/2009 08:30 AM in Courtroom C, 15th Floor, San Francisco. (Attachments: # 1 Declaration of John Zaimes In Support of Ex Parte Application to Consolidate Motion Hearing Dates, # 2 Proposed Order Granting Ex Parte Application to Consolidate Motion Hearing Dates)(Lien, John) (Filed on 10/19/2009) (Entered: 10/19/2009) |
| 10/20/2009 | 86 | Memorandum in Opposition re 85 Ex Parte Application re 73 MOTION for Sanctions *Pursuant to FRCP 37(a)(5) and Civil Local Rule 37-3* MOTION for Sanctions *Pursuant to FRCP 37(a)(5) and Civil Local Rule 37-3*, 68 MOTION to Amend/Correct 17 Amended Complaint MOTION to Ex Parte Application re 73 MOTION for Sanctions *Pursuant to FRCP 37(a)(5) and Civil Local Rule 37-3* MOTION for Sanctions *Pursuant to FRCP 37(a)(5) and Civil Local Rule 37-3*, 68 MOTION to Amend/Correct 17 Amended Complaint MOTION to Ex Parte Application re 73 MOTION for Sanctions *Pursuant to FRCP 37(a)(5) and Civil Local Rule 37-3* MOTION for Sanctions *Pursuant to FRCP 37(a)(5) and Civil Local Rule 37-3*, 68 MOTION to Amend/Correct 17 Amended Complaint MOTION to Ex Parte Application re 73 MOTION for Sanctions *Pursuant to FRCP 37(a)(5) and Civil Local Rule 37-3* MOTION for Sanctions *Pursuant to FRCP 37(a)(5) and Civil Local Rule 37-3*, 68 MOTION to Amend/Correct 17 Amended Complaint MOTION to filed byAlicia Harris. (Attachments: # 1 Affidavit of Larry W. Lee in Support of Plaintiff's Opposition to Defendant's Ex Parte Application to Consolidate Motion Hearing Dates, # 2 Exhibit to Declaration of Larry W. Lee)(Lee, Larry) (Filed on 10/20/2009) (Entered: 10/20/2009) |
| 10/20/2009 | 87 | ORDER by Judge Edward M. Chen Denying 85 Defendant's Ex Parte Application to Consolidate Motion Hearing Dates. (emcsec, COURT STAFF) (Filed on 10/20/2009) (Entered: 10/20/2009) |
| 10/22/2009 | 88 | Minute Entry: Motion Hearing held on 10/21/2009 before Edward M. Chen (Date Filed: 10/22/2009) re 73 MOTION for Sanctions (denied) 68 MOTION to Amend/Correct 17 Amended Complaint (under submission), 72 MOTION to Compel *Further Responses to Plaintiff's Request for Production of Documents* filed by Alicia Harris (granted in part and denied in part.) (Court Reporter Kathy Sullivan.) (bpf, COURT STAFF) (Date Filed: 10/22/2009) (Entered: 10/22/2009) |
| 10/22/2009 | 89 | ORDER by Judge Edward M. Chen Granting in Part and Denying in Part 72 Plaintiff's Motion to Compel; and Denying 73 Plaintiff's Motion for Sanctions. (emcsec, COURT STAFF) (Filed on 10/22/2009) (Entered: 10/22/2009) |

| 10/27/2009 | 90 | Memorandum in Opposition *to Motion for Certification of Order Denying Summary Judgment for Interlocutory Appeal and for Stay of District Court Proceedings* filed by Alicia Harris. (Attachments: # 1 Affidavit of Larry W. Lee in Support of Plaintiff's Opposition, # 2 Exhibit A to Declaration of Larry W. Lee)(Lee, Larry) (Filed on 10/27/2009) (Entered: 10/27/2009) |
|---|---|---|
| 10/29/2009 | 91 | CLERKS NOTICE, CLERKS NOTICE Continuing Motion Hearing Case Management Conference reset for 11/18/2009 10:30 AM in Courtroom C, 15th Floor, San Francisco. Case Management Statement due by 11/12/2009. Motion Hearing reset for 11/18/2009 10:30 AM in Courtroom C, 15th Floor, San Francisco. (bpf, COURT STAFF) (Filed on 10/29/2009) (Entered: 10/29/2009) |
| 11/02/2009 | 92 | CLERKS NOTICE Continuing Motion Hearing, CLERKS NOTICE Motion Hearing reset for 11/16/2009 10:30 AM in Courtroom C, 15th Floor, San Francisco. Case Management Conference set for 11/16/2009 10:30 AM in Courtroom C, 15th Floor, San Francisco. Case Management Statement due by 11/9/2009. (bpf, COURT STAFF) (Filed on 11/2/2009) (Entered: 11/02/2009) |
| 11/02/2009 | 93 | REPLY to Response to Motion *For Certification of Order Denying Summary Judgment for Interlocutory Appeal* filed by Vector Marketing Corporation. (Lien, John) (Filed on 11/2/2009) (Entered: 11/02/2009) |
| 11/02/2009 | 94 | CERTIFICATE OF SERVICE by Vector Marketing Corporation re 93 Reply to Response to Motion *For Certification of Order Denying Summary Judgment for Interlocutory Appeal* (Lien, John) (Filed on 11/2/2009) (Entered: 11/02/2009) |
| 11/03/2009 | 95 | CLERKS NOTICE Continuing Motion Hearing, CLERKS NOTICE Motion Hearing reset for 11/16/2009 09:30 AM in Courtroom C, 15th Floor, San Francisco. Case Management Conference reset for 11/16/2009 09:30 AM in Courtroom C, 15th Floor, San Francisco. (bpf, COURT STAFF) (Filed on 11/3/2009) (Entered: 11/03/2009) |
| 11/04/2009 | 96 | ORDER by Judge Edward M. Chen Denying 68 Plaintiff's Motion for Leave to File Third Amended Complaint. (emcsec, COURT STAFF) (Filed on 11/4/2009) (Entered: 11/04/2009) |
| 11/06/2009 | 97 | Transcript of Proceedings held on 10/21/09, before Judge Edward M. Chen. Court Reporter/Transcriber Katherine Powell Sullivan, CRR, Telephone number 415-794-6659. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 2/1/2010. (Sullivan, Katherine) (Filed on 11/6/2009) (Entered: 11/06/2009) |
| 11/09/2009 | 98 | JOINT CASE MANAGEMENT STATEMENT filed by Vector Marketing Corporation. (Lien, John) (Filed on 11/9/2009) (Entered: 11/09/2009) |
| 11/16/2009 | 99 | Minute Entry: Motion Hearing held on 11/16/2009 before Edward M. Chen. Court took matter under submission (Date Filed: 11/16/2009), Further Case Management Conference held on 11/16/2009 before Edward M. Chen. Further Status set for 12/16/09 (Date Filed: 11/16/2009). (Court Reporter Sahar McVickar.) (bpf, COURT STAFF) (Date Filed: 11/16/2009) (Entered: 11/16/2009) |

| 11/16/2009 | | Set/Reset Hearings:, Set/Reset Deadlines: Case Management Conference set for 12/16/2009 10:30 AM in Courtroom C, 15th Floor, San Francisco. Motion Hearing set for 12/16/2009 10:30 AM in Courtroom C, 15th Floor, San Francisco. Case Management Statement due by 12/9/2009. (bpf, COURT STAFF) (Filed on 11/16/2009) (Entered: 11/16/2009) |
|---|---|---|
| 11/16/2009 | 100 | ORDER Re Case Management Conference Statement. Signed by Judge Edward M. Chen on 11/16/2009. (emcsec, COURT STAFF) (Filed on 11/16/2009) (Entered: 11/16/2009) |
| 11/20/2009 | 101 | ORDER by Judge Edward M. Chen Denying 83 Defendant's Motion for Certification of Order Denying Summary Judgment for Interlocutory Appeal and for Stay of District Court Proceedings. (emcsec, COURT STAFF) (Filed on 11/20/2009) (Entered: 11/20/2009) |
| 12/02/2009 | 102 | MOTION to Amend/Correct 17 Amended Complaint filed by Alicia Harris. Motion Hearing set for 12/16/2009 10:30 AM in Courtroom C, 15th Floor, San Francisco. (Attachments: # 1 Affidavit of Larry W. Lee, # 2 Exhibit to Declaration of Larry W. Lee, # 3 Proposed Order)(Lee, Larry) (Filed on 12/2/2009) (Entered: 12/02/2009) |
| 12/09/2009 | 103 | MEMORANDUM in Opposition *to Plaintiff's Motion for Leave to File Third Amended Complaint* filed byVector Marketing Corporation. (Lien, John) (Filed on 12/9/2009) (Entered: 12/09/2009) |
| 12/10/2009 | 104 | JOINT CASE MANAGEMENT STATEMENT filed by Vector Marketing Corporation. (Lien, John) (Filed on 12/10/2009) (Entered: 12/10/2009) |
| 12/15/2009 | 105 | NOTICE by Alicia Harris *Notice of Association of Counsel* (Lee, Larry) (Filed on 12/15/2009) (Entered: 12/15/2009) |
| 12/16/2009 | 106 | Minute Entry: Motion Hearing held on 12/16/2009 before Edward M. Chen (Date Filed: 12/16/2009) re 102 MOTION to Amend/Correct 17 Amended Complaint MOTION to Amend/Correct 17 Amended Complaint filed by Alicia Harris. Court took matter under submission. Further Status set for 3/17/10 at 2:30 p.m. (Court Reporter Kathy Wyatt.) (bpf, COURT STAFF) (Date Filed: 12/16/2009) (Entered: 12/16/2009) |
| 12/16/2009 | | Set/Reset Hearings:, Set/Reset Deadlines: Case Management Conference set for 3/17/2010 02:30 PM in Courtroom C, 15th Floor, San Francisco. Case Management Statement due by 3/10/2010. (bpf, COURT STAFF) (Filed on 12/16/2009) (Entered: 12/16/2009) |
| 12/24/2009 | 107 | Transcript of Proceedings held on 12-16-09, before Judge Edward M. Chen. Court Reporter/Transcriber Kathy Wyatt, Telephone number 925-212-5224. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 3/24/2010. (kpw, COURT STAFF) (Filed on 12/24/2009) (Entered: 12/24/2009) |
| 12/31/2009 | 108 | Transcript of Proceedings held on 11/16/09, before Judge Edward M. Chen. Court Reporter/Transcriber Sahar McVickar, CSR, RPR, Telephone number (415) 626-6060/sahar_mcvickar@cand.uscourts.gov. Per General Order No. 59 |

| | | and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 3/31/2010. (McVickar, Sahar) (Filed on 12/31/2009) (Entered: 12/31/2009) |
|---|---|---|
| 01/05/2010 | 109 | ORDER by Judge Edward M. Chen Granting in Part and Denying in Part 102 Plaintiff's Motion for Leave to File Third Amended Complaint. (emcsec, COURT STAFF) (Filed on 1/5/2010) (Entered: 01/05/2010) |
| 01/22/2010 | 110 | Letter from Larry W. Lee re scheduling trial date. (Lee, Larry) (Filed on 1/22/2010) (Entered: 01/22/2010) |
| 02/03/2010 | 111 | STIPULATION re: Selection of Trial Date by Alicia Harris. (Attachments: # 1 Proposed Order re: Trial Date)(Lee, Larry) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/03/2010 | 112 | STIPULATION AND ORDER RESETTING JURY TRIAL FROM 10/4/10 TO 5/23/11 re 111 Stipulation filed by Alicia Harris. Signed by Judge Edward M. Chen on 2/3/10. (bpf, COURT STAFF) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/03/2010 | | Set/Reset Trial Management Order Deadlines: Jury Trial set for 5/23/2011 08:30 AM in Courtroom D, 15th Floor, San Francisco. (bpf, COURT STAFF) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/03/2010 | | Set/Reset Hearings:, Set/Reset Deadlines: Jury Trial set for 5/23/2011 08:30 AM in Courtroom C, 15th Floor, San Francisco. Motion Hearing set for 3/2/2011 10:30 AM in Courtroom C, 15th Floor, San Francisco. Pretrial Conference set for 5/11/2011 03:00 PM in Courtroom C, 15th Floor, San Francisco. Discovery due by 1/3/2011. (bpf, COURT STAFF) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/10/2010 | 113 | ORDER RESETTING TRIAL TO 6/6/11. CASE MANAGEMENT SCHEDULING ORDER: Discovery due by 1/17/2011. Jury Trial set for 6/6/2011 08:30 AM in Courtroom D, 15th Floor, San Francisco. Motion Hearing set for 3/16/2011 10:30 AM in Courtroom C, 15th Floor, San Francisco. Pretrial Conference set for 5/25/2011 03:00 PM in Courtroom C, 15th Floor, San Francisco.. Signed by Judge Edward M. Chen on 2/10/10. (bpf, COURT STAFF) (Filed on 2/10/2010) (Entered: 02/10/2010) |
| 03/10/2010 | 114 | MOTION for Judgment on the Pleadings filed by Vector Marketing Corporation. Motion Hearing set for 4/28/2010 02:30 PM in Courtroom C, 15th Floor, San Francisco. (Lien, John) (Filed on 3/10/2010) (Entered: 03/10/2010) |
| 03/11/2010 | 115 | CASE MANAGEMENT STATEMENT filed by Alicia Harris. (Lee, Larry) (Filed on 3/11/2010) (Entered: 03/11/2010) |
| 03/13/2010 | 116 | CASE MANAGEMENT STATEMENT Joint filed by Vector Marketing Corporation. (Lien, John) (Filed on 3/13/2010) (Entered: 03/13/2010) |
| 03/15/2010 | 117 | Declaration of Stanley D. Saltzman Under FRCP 16-9(a) filed by Alicia Harris. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit)(Saltzman, Stanley) (Filed on 3/15/2010) (Entered: 03/15/2010) |

| 03/15/2010 | 118 | CASE MANAGEMENT STATEMENT *Joint Supplemental (redlined)* filed by Alicia Harris. (Saltzman, Stanley) (Filed on 3/15/2010) (Entered: 03/15/2010) |
| 03/16/2010 | 119 | CLERKS NOTICE Continuing Motion Hearing Motion Hearing (Docket #114) reset for 5/5/2010 10:30 AM in Courtroom C, 15th Floor, San Francisco. (bpf, COURT STAFF) (Filed on 3/16/2010) (Entered: 03/16/2010) |
| 03/19/2010 | 120 | Minute Entry: Further Case Management Conference held on 3/17/2010 before Edward M. Chen. Cross briefs shall be filed by 3/24/10. Further status conference is set for 5/5/10 at 10:30 a.m. An updated joint status conference statement shall be filed by 4/28/10. Court to issue amended case management conference order. (Date Filed: 3/19/2010). (Tape #2:42-3:14.) (bpfS, COURT STAFF) (Date Filed: 3/19/2010) (Entered: 03/19/2010) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 03/24/2010 11:05:33 | | |
| **PACER Login:** | ms3141 | **Client Code:** | Harris v. Vector |
| **Description:** | Docket Report | **Search Criteria:** | 3:08-cv-05198-EMC |
| **Billable Pages:** | 12 | **Cost:** | 0.96 |