# EXHIBIT "B"

John P. Zaimes (SBN 91933)
jzaimes@reedsmith.com
John H. Lien (SBN 222842)
jlien@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080
Attorneys for Defendant
Vector Marketing Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HARRIS, as an individual and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    vs.<br><br>VECTOR MARKETING CORPORATION, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>                Defendants. | No.: CV 08 5198 EMC<br><br>**VECTOR MARKETING CORPORATION'S SPECIAL INTERROGATORIES (SET ONE)** |

**PROPOUNDING PARTY:**    **VECTOR MARKETING CORPORATION**

**RESPONDING PARTY:**     **ALICIA HARRIS**

**SET NO.:**               **ONE**

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Pursuant to Federal Rule of Civil Procedure 33 and Local Rule 33, defendant Vector Marketing Corporation ("Vector") hereby requests that plaintiff Alicia N. Harris ("Plaintiff") respond in writing to each interrogatory set forth below within thirty (30) days of the service of this First Set of Interrogatories.

## DEFINITIONS

1.      The terms "YOU" and "YOUR" shall refer to plaintiff Alicia N. Harris and includes any person or entity acting on her behalf.

2.      The term "VECTOR" shall refer to defendant Vector Marketing Corporation and includes any person or entity acting on its behalf.

3.      The term "COMPLAINT" shall refer to the operative complaint filed by plaintiff Alicia N. Harris entitled *Harris v. Vector Marketing Corporation*, Case No. CV 08 5198 EMC, in the United States District Court for the Northern District of California.

4.      The term "RELATE TO" or "RELATING TO" or "RELATION TO" mean and include the following terms:  comprising, constituting, containing, dealing with, discussing, evidencing, pertaining to, prepared in connection with or for, reflecting, concerning, referring to, mentioning, and showing.

## INTERROGATORIES

### INTERROGATORY NO. 1:

Specify the amount of monetary damages YOU seek in relation to YOUR claim for relief for failure to pay minimum wages.

### INTERROGATORY NO. 2:

State, with specificity, how YOU calculated the amount of monetary damages for failure to pay minimum wages.

VECTOR MARKETING CORPORATION'S SPECIAL INTERROGATORIES (SET ONE)

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**INTERROGATORY NO. 3:**

Specify the amount of monetary damages YOU seek in relation to YOUR claim for relief for violation(s) of California Labor Code section 450.

**INTERROGATORY NO. 4:**

State, with specificity, how YOU calculated the amount of monetary damages for violation(s) of California Labor Code section 450.

**INTERROGATORY NO. 5:**

Specify whether and under what circumstances YOU will return to VECTOR the "knife set" identified in YOUR COMPLAINT.

**INTERROGATORY NO. 6:**

Specify the amount of monetary damages YOU seek in relation to YOUR claim for violation(s) of California Labor Code section 2802.

**INTERROGATORY NO. 7:**

State, with specificity, how YOU calculated the amount of monetary damages for each type of "expense or loss" YOU seek in relation to YOUR claim for monetary damages under California Labor Code section 2802.

**INTERROGATORY NO. 8:**

Specify the amount of restitution YOU seek in relation to YOUR claim for violation(s) of California Business and Professions Code section 17200.

**INTERROGATORY NO. 9:**

State, with specificity, how YOU calculated the amount of restitution YOU seek in relation to YOUR claim for violation(s) of California Business and Professions Code section 17200.

**INTERROGATORY NO. 10:**

Identify the name and last known contact information for each person YOU contend failed to receive payment for services rendered as a Sales Representative for VECTOR, including, but not limited to, unpaid compensation for qualified sales

VECTOR MARKETING CORPORATION'S SPECIAL INTERROGATORIES (SET ONE)

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

presentation or other sales presentation for the period of October 2004 through the present.

DATED:  February 1, 2010

REED SMITH LLP

By_____

John H. Lien
Attorneys for Defendant
Vector Marketing Corporation

US_ACTIVE-103083039.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 4 –

VECTOR MARKETING CORPORATION'S SPECIAL INTERROGATORIES (SET ONE)

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On February 2, 2010, I served the following document(s) by the method indicated below:

## DEFENDANT VECTOR MARKETING CORPORATION'S SPECIAL INTERROGATORIES (SET ONE)

☐ by transmitting via facsimile on this date from fax number +1 213 457 8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

| | |
|---|---|
| Daniel H. Chang<br>Diversity Law Group<br>444 South Flower Street, Suite 1370<br>Los Angeles, CA 90071 | Sherry Jung<br>Law Offices of Sherry Jung<br>448 S. Hill St., Suite 605<br>Los Angeles, CA 90013<br>Tel: (213) 489-8900<br>Fax: (213) 489-8915 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

2/2/10 9:36 AM

| | |
|---|---|
| Stanley Saltzman<br>Marlin & Saltzman, P.C.<br>29229 Canwood Street, Suite 208<br>Agoura Hills, CA 91301 | Louis Marlin<br>Marlin & Saltzman, P.C.<br>3200 El Camino Real, Suite 100<br>Irvine, CA 92602 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 2, 2010, at Los Angeles, California.

Mary J. Nungary

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 2 -