# EXHIBIT "C"

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALICIA HARRIS, as an individual )
and on behalf of all others       )
similarly situated,               )
                                  )
                Plaintiff,        )
                                  )
        vs.                       )    No. CV085198EMC
                                  )
VECTOR MARKETING CORPORATION,     )
a Pennsylvania corporation;       )
and DOES 1 through 20,            )
inclusive,                        )
                                  )
                Defendants.       )
_____    )

        Deposition of PAUL MATHESON, taken on
    behalf of Plaintiff, at 444 South Flower Street,
    Suite 1370, Los Angeles, California, commencing at
    10:08 a.m. Wednesday, March 25, 2009, before BETH
    FELIX, Certified Shorthand Reporter No. 12766.

60

manager's commission rate be less than another manager who sets the base appointment rate at $15?

A    Yes.   The manager's commission would be reduced 25 percent of the base commission -- minimum commission.

MR. LEE:   I'm sorry.   Can you repeat that?

(Record read.)

BY MR. LEE:

Q    Can you explain that for me?

A    Yes.   The independent manager would be charged 25 percent of the minimum commission paid to the sales representative.

Q    I see.   So whatever -- whatever that base rate -- base appointment rate is, 25 percent of that is charged to the manager?

A    If it's paid to a sales representative.

Q    If it's paid, it's charged to the manager against his or her commission?

A    Yes.

MR. LEE:   This is another exhibit, Exhibit 8.

(Plaintiff's Exhibit 8 was marked for identification by the court reporter.)

BY MR. LEE:

Q    For the record, Exhibit 8 is another job ad from Vector Marketing Corporation.   It seems to be