# EXHIBIT "D"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALICIA HARRIS, as an individual )
and on behalf of all others )
similarly situated, )
)
                   Plaintiffs, )      Case No.
)
    vs. )     CV 08-5198 EMC
)
VECTOR MARKETING CORPORATION, )
a Pennsylvania corporation, and )
DOES 1 through 20, inclusive, )   **ORIGINAL**
)
              Defendants. )
_____)

DEPOSITION OF

ALICIA NICHELLE HARRIS

Thursday, March 26, 2009

Reported by:

Catherine Ponicsan, RPR

CSR No. 8271

File No. 090326KP