United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALICIA HARRIS,

        Plaintiff,

    v.

VECTOR MARKETING CORPORATION,

        Defendant.
_____/

No. C-08-5198 EMC

**ORDER RE TELEPHONIC HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

**(Docket Nos. 121, 125)**

        Currently pending before the Court are the parties' cross-briefs on what is, in effect, Plaintiff's request for leave to amend her complaint. Plaintiffs seeks leave to amend her complaint to include a claim that she and other class members were not paid for the qualified sales presentations ("QSPs") they allegedly performed. Having considered the parties' briefs and accompanying submissions, as well as all other evidence of record, the Court hereby orders as follows.

        (1)    The Court shall hold a telephonic conference call on the matter on **April 2, 2010, at 2:30 p.m.** The parties shall immediately contact the Courtroom Deputy, Betty Lee, at **(415) 522-2034** to provide telephone numbers for participating counsel.

        (2)    By **12:00 p.m. of April 1, 2010**, Plaintiff shall file and serve a statement describing in detail the discovery she wishes to take to support the QSP claim for purposes of class certification. Plaintiff must be specific, both in terms of the written discovery and oral discovery. In addition, if Plaintiff believes that a sampling is sufficient for purposes of class certification, then she

1  must provide details as to what would constitute an adequate sampling.  Plaintiff should not only e-
2  file but also fax a copy to the Court at **(415) 522-4200**.

     IT IS SO ORDERED.

Dated:  March 30, 2010

                                                _____
                                                EDWARD M. CHEN
                                                United States Magistrate Judge

**United States District Court**
For the Northern District of California

2