John P. Zaimes (SBN 91933)
jzaimes@reedsmith.com
John H. Lien (SBN 222842)
jlien@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  +1 213 457 8000
Facsimile:  +1 213 457 8080

Attorneys for Defendant
Vector Marketing Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HARRIS, as an individual and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>  vs.<br><br>VECTOR MARKETING CORPORATION, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>            Defendants. | No.: CV 08-5198 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE PHONE RECORDS** |

Plaintiff Alicia Harris ("plaintiff" or "Harris") and Defendant Vector Marketing Corporation ("defendant" or "Vector") enter into this stipulation with reference to the following facts:

## RECITALS

A.  On or about March 20, 2010, Vector served plaintiff's mother, Lynette Harris ("L. Harris"), with a subpoena to testify at a deposition on April 2, 2010 and further requested the production of, among other things, L. Harris' cell phone and landline telephone records for the period of June 28, 2008 through July 31, 2008.

B.  Due to L. Harris' representation of unavailability and for the convenience of the witness, on April 6, 2010, Vector renoticed the deposition of L. Harris to April 21, 2010 and, accordingly, served, on counsel for L. Harris and plaintiff, a notice of deposition and subpoena to testify at a deposition, in addition to document requests relating to L. Harris' cell phone and landline telephone records for the period of June 28, 2008 through July 31, 2008.

C.  In lieu of said production of L. Harris' cell phone and landline telephone records at the April 21, 2010 deposition, plaintiff represents that, for purposes of this litigation, she will not assert or claim that she utilized L. Harris' cell phone or landline telephone in connection with providing services as a Sales Representative of Vector.

## STIPULATION

NOW, THEREFORE, it is hereby stipulated by the parties, through their respective counsel of record, as follows:

1.  In connection with any discovery responses or pleadings served and/or filed in this action or any proceeding related to this action, including, but not limited to, testimony at trial, oral or written arguments made by counsel, memorandum of points and authorities, declarations, affidavits, written discovery responses, or any other oral or written representation made by the parties, neither Harris nor Vector will elicit or introduce any evidence or represent, assert, or claim that plaintiff used any of

L. Harris' cell phones or landline telephones in providing services as a Sales Representative of Vector.

IT IS SO STIPULATED.

Dated:  April 22, 2010          REED SMITH LLP

By   /s/
John P. Zaimes
Attorneys for Defendant
VECTOR MARKETING CORPORATION

Dated:  April 22, 2010          Diversity Law Group

By   /s/
Larry W. Lee
Attorneys for Plaintiff
ALICIA HARRIS

**ORDER**

Based on the above stipulation, IT IS SO ORDERED.

Dated:  4/30, 2010          _____
Honorable Edward M. Chen
United States Magistrate Judge



IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA