1  Stanley D. Saltzman, Esq. (SBN 90058)
2  Louis M. Marlin, Esq. (SBN 54053)
   Marcus J. Bradley, Esq. (SBN 174156)
3  Christina A. Humphrey, Esq. (SBN 226326)
   **MARLIN & SALTZMAN LLP**
4  29229 Canwood Street, Suite 208
   Agoura Hills, California  91301
5  Telephone:     (818) 991-8080
6  Facsimile:      (818) 991-8081
   ssaltzman@marlinsaltzman.com
7  louis.marlin@marlinsaltzman.com
   mbradley@marlinsaltzman.com
8  chumphrey@marlinsaltzman.com

9
   *(Additional Plaintiff's Counsel on next page)*
10 Attorneys for Plaintiff Alicia Harris

11 John P. Zaimes, Esq. (SBN 91933)
   John H. Lien, Esq. (SBN 222842)
12 **REED SMITH LLP**
   355 South Grand Avenue, Suite 2900
13 Los Angeles, California  90071-1514
   Telephone:     +1 213 457 8000
14 Facsimile:     +1 213 457 8080
   jzaimes@reedsmith.com
15 jlien@reedsmith.com

16 Attorneys for Defendants VECTOR MARIETING CORPORATION

17              **UNITED STATES DISTRICT COURT**

18            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICIA HARRIS, as an individual and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br>     vs.<br><br>VECTOR MARKETING CORPORATION, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No.: CV 08 5198 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING OBLIGATION UNDER SUBPOENA PENDING DISPOSITION OF PLAINTIFF'S MOTION TO QUASH**<br><br>Assigned to the Hon. Edward M. Chen, Courtroom C |

1

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SUBPOENA**

## ADDITIONAL PLAINTIFF'S COUNSEL

Daniel H. Chang, Esq. (SBN 183803)
Craig S. Hubble, Esq. (SBN 200789)
Larry W. Lee, Esq. (SBN 228175)
**DIVERSITY LAW GROUP**
444 S. Flower Street
Citigroup Center, Suite 1370
Los Angeles, California   90071
Telephone:  (213) 488-0655
Facsimile:  (213) 488-6554
dchang@diversitylaw.com
chubble@diversitylaw.com
lwlee@diversitylaw.com

Sherry Jung, Esq. (SBN 234406)
**LAW OFFICES OF SHERRY JUNG**
448 S. Hill St., Ste. 605
Los Angeles, California   90013
Telephone:  (213) 489-8900
Facsimile:  (213) 489-8915
Sherryj23@hotmail.com

1  Plaintiff Alicia Harris ("Plaintiff") and defendant, Vector Marketing Corp.
2  ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:
3  WHEREAS, Defendant served subpoenas upon Pasadena High School, CIS Academy,
4  Pasadena City College, and John Muir High School seeking production of records relating to
5  Plaintiff's academic performance and evaluations, transcript of grades and course enrollment,
6  dates of enrollment, attendance, any academic diagnostic examinations and examination scores,
7  and any education, academic proficiency, or other related testing administered to Plaintiff.
8  WHEREAS, Plaintiff intends to promptly file a Motion to Quash said subpoenas.
9  WHEREAS, the filing of a Motion to Quash does not stay obligations of recipients to
10 comply with their obligations under a subpoena.
11 WHEREAS, the Court's disposition of Plaintiff's Motion to Quash could affect the
12 parties' obligations under the subpoena.
13 WHEREAS, Plaintiff's counsel and Defendant's counsel believes it is in their mutual
14 best interests to stay Pasadena High School, CIS academy, Pasadena City College, and John
15 Muir High School's obligations pursuant to the subpoena, for a period of time not to exceed
16 forty-five days from the date of the entry of the proposed order herein.
17 NOW THEREFORE, IT IS HEREBY STIPULATED by the parties herein, through their
18 counsel of record, as follows:
19 (1) The date for production of the documents requested in the subpoenas to Pasadena
20      High School, CIS academy, Pasadena City College, and John Muir High School shall
21      be stayed pending the Court's disposition of Plaintiff's Motion to Quash, for a period
22      of time not to exceed forty-five days from the date of the entry of the proposed order
23      herein.  The Parties will notify the recipients of the subpoenas immediately following
24      the Court's issuance of its Order on the Motion to Quash, as to whether compliance is
25      still required, and if so, on what date compliance is to be completed;
26 / / /
27 / / /
28

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SUBPOENA**

(2) Plaintiff will file her motion to quash on or before June 4, 2010.

IT SO STIPULATED.

Dated:  May 27, 2010                          MARLIN & SALTZMAN


                                              By: _____/S/_____
                                                  Christina A. Humphrey, Esq.
                                                  Attorneys for Plaintiff


Dated:  May 27, 2010                          REED SMITH, LLP


                                              By: _____/S/_____
                                                  Roxanne M. Wilson, Esq.
                                                  Attorneys for Defendant

I, Christina A. Humphrey, attest that I have obtained concurrence from Roxanne M. Wilson in the filing of this Stipulation.  See N.D. Cal. General Order 45 § 10(B).

**[PROPOSED] ORDER**


GOOD CAUSE APPEARING, IT IS SO ORDERED,

DATED:  June 1, 2010
       _____              _____
                                                  HONORABLE EDWARD M. CHEN

*IT IS SO ORDERED*
*Judge Edward M. Chen*

4

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SUBPOENA**