John P. Zaimes (SBN 91933)
jzaimes@reedsmith.com
Roxanne M. Wilson (SBN 94627)
rwilson@reedsmith.com
John H. Lien (SBN 222842)
jlien@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:   +1 213 457 8000
Facsimile:   +1 213 457 8080

Attorneys for Defendant
Vector Marketing Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HARRIS, as an individual and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>VECTOR MARKETING CORPORATION, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | No.: CV 08-5198 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE DEFENDANT'S RESPONSIVE PLEADING TO PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>Assigned to the Hon. Edward M. Chen, Courtroom C |

Plaintiff Alicia Harris ("plaintiff" or "Harris") and Defendant Vector Marketing Corporation ("defendant" or "Vector") enter into this joint stipulation with reference to the following facts:

## RECITALS

A.  On or about May 27, 2010, plaintiff filed and served her Third Amended Complaint ("TAC").

B.  Vector's time to respond to the TAC, pursuant to Federal Rules of Civil Procedure 6(d) and 15(a)(3), is currently set for June 14, 2010, but counsel for Vector is unavailable to file a responsive pleading on or before June 14, 2010.

## STIPULATION

NOW, THEREFORE, it is hereby stipulated by the parties, through their respective counsel of record, as follows:

1.  Vector may have a one week extension, up to and including, June 21, 2010, to file a responsive pleading to plaintiff's TAC.

IT IS SO STIPULATED.

Dated:  June 8, 2010          REED SMITH LLP


                              By   /s/
                                  Roxanne M. Wilson
                                  Attorneys for Defendant
                                  VECTOR MARKETING CORPORATION


Dated:  June 8, 2010          Diversity Law Group


                              By   /s/
                                  Larry W. Lee
                                  Attorneys for Plaintiff
                                  ALICIA HARRIS

1 **ORDER**

Based on the above stipulation, IT IS SO ORDERED.

Dated: _____June 9_____, 2010

_____
United States Magistrate Judge Chen


IT IS SO ORDERED
Judge Edward M. Chen