Stanley D. Saltzman, Esq. (SBN 90058)
Louis M. Marlin, Esq. (SBN 54053)
Marcus J. Bradley, Esq. (SBN 174156)
Christina A. Humphrey, Esq. (SBN 226326)
**MARLIN & SALTZMAN LLP**
29229 Canwood Street, Suite 208
Agoura Hills, California   91301
Telephone:     (818) 991-8080
Facsimile:      (818) 991-8081
ssaltzman@marlinsaltzman.com
louis.marlin@marlinsaltzman.com
mbradley@marlinsaltzman.com
chumphrey@marlinsaltzman.com

*(Additional Plaintiff's Counsel on next page)*
Attorneys for Plaintiff Alicia Harris

John P. Zaimes, Esq. (SBN 91933)
John H. Lien, Esq. (SBN 222842)
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, California   90071-1514
Telephone:     +1 213 457 8000
Facsimile:      +1 213 457 8080
jzaimes@reedsmith.com
jlien@reedsmith.com

Attorneys for Defendants VECTOR MARIETING CORPORATION

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HARRIS, as an individual and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>      vs.<br><br>VECTOR MARKETING CORPORATION, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No.: CV 08 5198 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING FRCP 30 LIMITATION ON NUMBER OF DEPOSITIONS AND FRCP 33 LIMITATION ON NUMBER OF INTERROGATORIES**<br><br>Assigned to the Hon. Edward M. Chen, Courtroom C |

**ADDITIONAL PLAINTIFF'S COUNSEL**

Daniel H. Chang, Esq. (SBN 183803)
Craig S. Hubble, Esq. (SBN 200789)
Larry W. Lee, Esq. (SBN 228175)
**DIVERSITY LAW GROUP**
444 S. Flower Street
Citigroup Center, Suite 1370
Los Angeles, California   90071
Telephone:  (213) 488-0655
Facsimile:  (213) 488-6554
dchang@diversitylaw.com
chubble@diversitylaw.com
lwlee@diversitylaw.com

Sherry Jung, Esq. (SBN 234406)
**LAW OFFICES OF SHERRY JUNG**
448 S. Hill St., Ste. 605
Los Angeles, California   90013
Telephone:  (213) 489-8900
Facsimile:  (213) 489-8915
Sherryj23@hotmail.com

**JOINT STIPULATION EXTENDING FRCP 30 AND FRCP 33 DICOVERY LIMITATIONS**

      Plaintiff Alicia Harris ("Plaintiff") and Defendant, Vector Marketing Corp. ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

      WHEREAS, FRCP 30(a)(2)(A)(i) provides that only ten (10) depositions may be taken by each party throughout the course of a case;

      WHEREAS, FRCP 33(a)(1) provides that only twenty-five (25) special interrogatories may be propounded by each party throughout the course of a case;

      WHEREAS, given the number of special interrogatories already propounded and the number of depositions already conducted by the parties in relation to Defendant's Summary Judgment Motion previously filed, the parties have met and conferred and agree that the ten (10) deposition limit and the twenty-five (25) interrogatory limit will not provide the parties with sufficient discovery to adequately brief the issues relating to class certification;

      IT IS HEREBY STIPULATED by the parties herein, through their counsel of record, as follows:

      1.    In addition to the ten (10) depositions allocated to each party pursuant to FRCP 30(a)(2)(A)(1), the number of depositions which may be taken to prepare for the filing of Plaintiff's class certification motion and/or final FLSA certification, without leave of court or further stipulation, is ten (10) depositions per party;

      2.    In addition to the twenty-five (25) interrogatories allocated to each party pursuant to FRCP 33(a)(1), the number of special interrogatories which may be propounded to prepare for the filing of Plaintiff's class certification motion and/or final FLSA certification, without leave of court or further stipulation, shall be fifteen (15) special interrogatories.

      IT SO STIPULATED.

Dated:  June 16, 2010                              MARLIN & SALTZMAN

                                                        By: _____/S/_____
                                                            Christina A. Humphrey, Esq.
                                                            Attorneys for Plaintiff

**JOINT STIPULATION EXTENDING FRCP 30 AND FRCP 33 DICOVERY LIMITATIONS**

Dated:  June 16, 2010                            REED SMITH, LLP

By: _____/S/_____
Roxanne Wilson, Esq.
Attorneys for Defendant

I, Christina A. Humphrey, attest that I have obtained concurrence from Roxanne Wilson in the filing of this Stipulation.   See N.D. Cal. General Order 45 § 10(B).

**[PR~~OPOSED~~] ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED,

DATED:  ____6/17/10_____     _____
HONORABLE EDWARD M. CHEN

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*