Stanley D. Saltzman, Esq. (SBN 90058)
Louis M. Marlin, Esq. (SBN 54053)
Marcus J. Bradley, Esq. (SBN 174156)
Christina A. Humphrey, Esq. (SBN 226326)
**MARLIN & SALTZMAN LLP**
29229 Canwood Street, Suite 208
Agoura Hills, California   91301
Telephone:      (818) 991-8080
Facsimile:       (818) 991-8081
ssaltzman@marlinsaltzman.com
louis.marlin@marlinsaltzman.com
mbradley@marlinsaltzman.com
chumphrey@marlinsaltzman.com

*(Additional Plaintiff's Counsel on next page)*
Attorneys for Plaintiff Alicia Harris

John P. Zaimes, Esq. (SBN 91933)
John H. Lien, Esq. (SBN 222842)
Roxanne M. Wilson, Esq. (SBN 94627)
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, California   90071-1514
Telephone:      +1 213 457 8000
Facsimile:       +1 213 457 8080
jzaimes@reedsmith.com
jlien@reedsmith.com
rwilson@reedsmith.com

Attorneys for Defendants VECTOR MARIETING CORPORATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICIA HARRIS, as an individual and on behalf of all others similarly situated,<br><br>                   Plaintiffs,<br>         vs.<br><br>VECTOR MARKETING CORPORATION, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>                   Defendants. | Case No.: CV 08 5198 EMC<br><br>**JOINT STIPULATION RE: STAY OF PRODUCTION OF PLAINTIFF'S EMPLOYMENT RECORDS PENDING DISPOSITION OF PLAINTIFF'S MOTIONS TO QUASH SUBPOENAS AND SHORTENING TIME ON SAID MOTIONS; [PROPOSED] ORDER**<br><br>Assigned to the Hon. Edward M. Chen, Courtroom C |

**ADDITIONAL PLAINTIFF'S COUNSEL**

Daniel H. Chang, Esq. (SBN 183803)
Craig S. Hubble, Esq. (SBN 200789)
Larry W. Lee, Esq. (SBN 228175)
**DIVERSITY LAW GROUP**
444 S. Flower Street
Citigroup Center, Suite 1370
Los Angeles, California   90071
Telephone:  (213) 488-0655
Facsimile:  (213) 488-6554
dchang@diversitylaw.com
chubble@diversitylaw.com
lwlee@diversitylaw.com

Sherry Jung, Esq. (SBN 234406)
**LAW OFFICES OF SHERRY JUNG**
444 S. Flower Street
Citigroup Center, Suite 1370
Los Angeles, California   90071
Telephone:  (213) 488-0655
Facsimile:  (213) 488-6554
Sherryj23@hotmail.com

**JOINT STIPULATION AND [PROPOSED] ORDER**

Plaintiff Alicia Harris ("Plaintiff") and Defendant Vector Marketing Corp. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Defendant served subpoenas upon Radio Shack Corporation, Macy's Inc., and Pinkberry Inc. seeking production of Plaintiff's employment records ("Employment Records Subpoenas").

WHEREAS, Plaintiff intends to promptly file Motions to Quash said Employment Records Subpoenas.

WHEREAS, the filing of the Motions to Quash does not preclude compliance with Defendant's validly issued Employment Records Subpoenas.

WHEREAS, the Court's disposition of Plaintiff's Motions to Quash could affect the scope production and the third parties' obligations to comply with the Employment Records Subpoena.

WHEREAS, the certification briefings are set to be filed in September 2010, and the production of Plaintiff's employment records may be relevant to the claims and defenses addressed in the Parties' certification papers.

**NOW THEREFORE, IT IS HEREBY STIPULATED** by the Parties herein, through their counsel of record, as follows:

(1)     Plaintiff shall file her Motions to Quash the Employment Records Subpoenas on or before Friday, July 23, 2010, Defendant shall file its opposition to the Motions to Quash on or before July 30, 2010, and Plaintiff shall file her Reply on or before August 4, 2010.

(2)     The Motions to Quash shall be heard on August 11, 2010, at 10:30 a.m., or on a date or time as soon thereafter as convenient for the Court.  If, for the convenience of the Court,

the Motions to Quash cannot be heard on August 11, 2010 due to the Court's docket, the parties agree to telephonic appearances on any other available hearing date and if the Court finds oral arguments helpful and necessary to the disposition of said Motions.

(3) The date for production of the documents requested in the subpoenas to Radio Shack Corporation, Macy's Inc., and Pinkberry Inc. shall be stayed pending the Court's order on Plaintiff's Motions to Quash, provided that Plaintiff files her Motions to Quash on or before July 23, 2010.

(4) The Parties shall jointly notify the recipients of the Employment Records Subpoenas immediately following the Court's issuance of its Order on the Motions to Quash. To the extent Plaintiff fails to file her Motions to Quash on or before July 23, 2010, Vector shall inform the recipients of the Employment Records Subpoenas of their duty to timely comply with the validly issued subpoenas given Plaintiff's non-compliance with this Joint Stipulation and Order.

Dated: July 16, 2010                              MARLIN & SALTZMAN

                                                  By: _____/S/_____
                                                      Christina A. Humphrey, Esq.
                                                      Attorneys for Plaintiff


Dated: July 16, 2010                              REED SMITH, LLP

                                                  By: _____/S/_____
                                                      Roxanne M. Wilson, Esq.
                                                      Attorneys for Defendant

I, Christina A. Humphrey, attest that I have obtained concurrence from Roxanne M. Wilson in the filing of this Stipulation.  See N.D. Cal. General Order 45 § 10(B).

**GOOD CAUSE APPEARING, IT IS SO ORDERED, that:**

(1) Plaintiff shall file her Motions to Quash the Employment Subpoenas on or before Friday, July 23, 2010;

(2) Defendant shall file its opposition to the Motions to Quash on or before July 30, 2010;

(3) Plaintiff shall her reply in support of the Motions to Quash on or before August 4, 2010;

(4) The hearing on the Motions to Quash shall be set for August 11, 2010 or as soon thereafter as may be convenient for the Court.

DATED: 7/19/10



HONORABLE EDWARD M. CHEN

**JOINT STIPULATION AND [PROPOSED] ORDER**