UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HARRIS, | No. C-08-5198 EMC |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO QUASH; AND GRANTING IN PART, DENYING IN PART, AND DEFERRING IN PART PLAINTIFF'S MOTION TO COMPEL 30(b)(6) DEPOSITION** |
| VECTOR MARKETING CORPORATION, | |
| Defendant. _____/ | |
| | **(Docket Nos. 186, 190)** |

On July 21, 2010, the Court held a hearing on two discovery motions filed by Plaintiff: (1) a motion to quash and (2) a motion to compel. This order memorializes the rulings made by the Court at the hearing.

(1) The motion to quash is granted in part and denied in part. Defendant is entitled to information verifying that Plaintiff attended and/or graduated from the schools at issue. The information shall be provided by July 28, 2010. The remaining information sought by Defendant shall not be produced.

(2) The motion to compel is granted in part, denied, in part, and deferred in part.

(a) The motion is denied with respect to Plaintiff's request for a 30(b)(6) deposition on the subject matter of the disposition of the knife sample kit upon being returned by a Sales Rep to Defendant.

(b) The motion is granted to the extent Plaintiff seeks information about the sales completed by Sales Reps in the period soon after completing the initial training. The motion is

deferred with respect to Plaintiff's request for information about the compensation received by Sales Reps.  Plaintiff shall have until **July 23, 2010**, to file evidence supporting her contention that Defendant engaged in more than mere puffery regarding the amount of money earned by Sales Reps. Defendant shall have until **July 27, 2010**, to file a response to Plaintiff's evidentiary submission.

    (c) The motion is denied with respect to Plaintiff's request for information about the compensation of managers.

    (d) The motion is granted with respect to Plaintiff's request for information about Sales Reps younger than eighteen years of age.

    (e) The motion is denied with respect to Plaintiff's request for information about advanced training.

This order disposes of Docket Nos. 186 and 190.

IT IS SO ORDERED.

Dated: July 23, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge