John P. Zaimes (SBN 91933)
jzaimes@reedsmith.com
Roxanne M. Wilson (SBN 94627)
rwilson@reedsmith.com
John H. Lien (SBN 222842)
jlien@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:   +1 213 457 8000
Facsimile:    +1 213 457 8080

Attorneys for Defendant
Vector Marketing Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HARRIS, as an individual and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>VECTOR MARKETING CORPORATION, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　　　Defendants. | No.: CV 08-5198 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE STATUS CONFERENCE**<br><br>Complaint Filed: October 15, 2008<br>Trial Date:　　　 June 6, 2011 |

Plaintiff Alicia Harris ("Plaintiff" or "Harris") and Defendant Vector Marketing Corporation ("Defendant" or "Vector") enter into this joint stipulation with reference to the following facts:

## RECITALS

A.  Due to a medical emergency, on August 10, 2010, lead counsel for Vector, John P. Zaimes, was admitted to a local hospital for examination and testing, making him unavailable for the case status conference and hearing on Vector's motion to strike Plaintiff's third amended complaint and Plaintiff's motion to quash, all of which were set for August 11, 2010.

B.  For the convenience of Vector, plaintiff has agreed to a brief continuance of the noticed motions and case status conference from August 11, 2010 to the Court's first available hearing date of August 25, 2010, at 10:30 a.m.

C.  Upon advisement of Mr. Zaimes' unavailability, the Court informed the parties that it would take said motions under submission, issue its rulings without oral argument, and continue the status conference to August 25, 2010, at 10:30 a.m.

## STIPULATION

NOW, THEREFORE, it is hereby stipulated by the parties, through their respective counsel of record, as follows:

1.  The case status conference, currently set for August 11, 2010, shall be continued to August 25, 2010, at 10:30 a.m., or, to an earlier date, if possible, depending on the Court's and the parties' schedule.

IT IS SO STIPULATED.

Dated:  August 10, 2010            REED SMITH LLP


                                   By    /s/
                                     Roxanne M. Wilson
                                     Attorneys for Defendant
                                     VECTOR MARKETING CORPORATION

1 | Dated: August 10, 2010     Marlin & Saltzman

3 | By /s/
Stanley Saltzman
Attorneys for Plaintiff
ALICIA HARRIS

**ORDER**

Based on the above stipulation, IT IS SO ORDERED.

Dated: _____8/13_____, 2010    _____
Honorable Ed...
United States ...e Judge

IT IS SO ORDERED
Judge Edward M. Chen