UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VECTOR MARKETING CORPORATION,<br><br>　　　　Defendant.<br>_____/ | No. C-08-5198 EMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO QUASH**<br><br>**(Docket No. 215)** |

　　Currently pending before the Court is Plaintiff's motion to quash subpoenas issued by Defendant to certain of Plaintiff's former employers. In essence, Plaintiff is willing to have the former employers provide information about her job title, whether she worked there, and when. Defendant wants additional information from the employers – *i.e.*, hourly rate of pay and whether the termination was voluntary or involuntary. Defendant's request for the additional information is denied. Its relevance is, at best, marginal and not enough to outweigh Plaintiff's privacy interest.

　　Accordingly, Plaintiff's motion to quash is hereby **GRANTED** in part and **DENIED** in part. This order disposes of Docket No. 215.

　　IT IS SO ORDERED.

Dated: August 16, 2010

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge