UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HARRIS,<br><br>            Plaintiff,<br><br>      v.<br><br>VECTOR MARKETING CORPORATION,<br><br>            Defendant.<br>_____/ | No. C-08-5198 EMC<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SHORT REPLIES**<br><br>**(Docket No. 354)** |

Defendant has asked for leave to file short reply briefs with respect to Plaintiff's motion for final FLSA collective action certification and Plaintiff's motion for Rule 23 class action certification. Plaintiff opposes the motion. Having considered the parties' briefs and accompanying submissions, the Court hereby **GRANTS** Defendant's motion. Plaintiff, if she so desires, has leave to file reply briefs in response to Defendant's motion to decertify (FLSA) and Defendant's motion to deny certification (Rule 23). Any reply brief shall be no longer than four pages each and must be filed by October 18, 2010.

This order disposes of Docket No. 354.

IT IS SO ORDERED.

Dated: October 15, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge