John P. Zaimes (SBN 91933)
jzaimes@reedsmith.com
Roxanne M. Wilson (SBN 94627)
rwilson@reedsmith.com
John H. Lien (SBN 222842)
jlien@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:   +1 213 457 8000
Facsimile:   +1 213 457 8080

Attorneys for Defendant
Vector Marketing Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HARRIS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VECTOR MARKETING CORPORATION, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | No.: CV 08-5198 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE 30-DAY CONTINUANCE OF RULE 23 NOTICE AND OPT-OUT DEADLINE AND TWO WEEK CONTINUANCE OF EXPERT DESIGNATION AND DISCOVERY DEADLINES**<br><br>Complaint Filed:  October 15, 2008<br>Trial Date:             June 6, 2011 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

US_ACTIVE-105084838.2

JOINT STIPULATION RE 30-DAY CONTINUANCE OF
RULE 23 NOTICE AND OPT-OUT DEADLINE AND TWO WEEK CONTINUANCE OF EXPERT DESIGNATION
AND DISCOVERY DEADLINES AND [PROPOSED] ORDER

Plaintiff Alicia Harris ("Plaintiff" or "Harris") and Defendant Vector Marketing Corporation ("Defendant" or "Vector") enter into this joint stipulation with reference to the following facts:

## RECITALS

A.	WHEREAS on November 5, 2010, the Court issued its Order Granting Plaintiff's Motion to Certify FLSA Collective Action; Denying Defendant's Motion to Decertify; Granting in Part and Denying in Part Plaintiff's Motion to Certify Rule 23 Class Action; and Granting in Part and Denying in Part Defendant's Cross-Motion to Deny Certification ("Certification Order") (Docket 375).

B.	WHEREAS on November 8, 2010, Vector filed its Ex Parte Application to Stay, or, in the Alternative to Continue, Class Notice and Opt-Out Deadlines ("*Ex Parte* Application") (Docket 376).

C.	WHEREAS on November 9, 2010, Plaintiff filed her Opposition to Vector's Ex Parte Application (Docket 378).

D.	WHEREAS on November 10, 2010, the Court conducted a telephonic conference call to discuss: (1) irreparable harm potentially resulting from issuance of the Rule 23 class notice, including the approximate cost of mailing that class notice, and who bears the cost; and (2) what discovery would need to be deferred until after the proposed new Rule 23 opt out deadline.

E.	WHEREAS the Court advised the parties that it would grant Vector's request for a 30 day continuance of the dates related to the issuance of the class notice if the parties could reach agreement regarding the maximum number of depositions Vector could take after the deadline for opt-outs and before the non-expert discovery cut-off date on March 2, 2011.

F.	WHEREAS on November 12, 2010, the Court signed the Stipulation and Order re 30-day Continuance of Rule 23 Notice and Opt-Out Deadline.

G. WHEREAS on November 22, 2010, Vector filed its Petition for Permission to Appeal under Federal Rule of Civil Procedure 23(f) in the Ninth Circuit Court of Appeal.

H. WHEREAS on December 2, 2010, Plaintiff/Respondent filed her Answer to Petition for Permission to Appeal under Federal Rule of Civil Procedure 23(f).

I. WHEREAS the Ninth Circuit has not acted on the Petition.

J. WHEREAS Vector asked Plaintiff to agree to a further deferral of the Rule 23 class notice;

K. WHEREAS, in consideration of Plaintiff's agreement to a further deferral of Rule 23 class notice, Vector has agreed that it will not take any depositions of non-expert witnesses, and the parties have reached other agreements relating to discovery matters that have been documented between the parties themselves.

## STIPULATION

NOW, THEREFORE, it is hereby stipulated by the parties, through their respective counsel of record, as follows:

1. The deadline for mailing the Rule 23 class notice is continued from December 13, 2010, to January 12, 2011;

2. The deadline for the Rule 23 class members to opt out is continued from January 27, 2011, to February 28, 2011;

3. The deadline for expert disclosure and reports is continued from March 2, 2011, to March 16, 2011;

4. The deadline for expert rebuttal disclosure and reports is continued from March 16, 2011, to March 30, 2011;

5. The cut-off date for expert discovery is continued from March 30, 2011, to April 13, 2011; and

/ / /

/ / /

/ / /

6. Other than the foregoing, the parties are not seeking a continuance of any other dates in the Fourth Amended Case Management and Pretrial Order, and the trial date will not be impacted.

IT IS SO STIPULATED.

Dated: December 8, 2010    REED SMITH LLP

By   /S/
   Roxanne M. Wilson
   Attorneys for Defendant
   VECTOR MARKETING CORPORATION

Dated: December 8, 2010    MARLIN & SALTZMAN

By   /S/
   Stanley D. Saltzman
   Attorneys for Plaintiff
   ALICIA HARRIS

## **ORDER**

Based on the above stipulation, IT IS SO ORDERED.

Dated: 12/14, 2010

Honorable Edward M. Chen
United States District Court Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen