1   John P. Zaimes (SBN 91933)
    jzaimes@reedsmith.com
2   Roxanne M. Wilson (SBN 94627)
    rwilson@reedsmith.com
3   John H. Lien (SBN 222842)
    jlien@reedsmith.com
4   REED SMITH LLP
    355 South Grand Avenue, Suite 2900
5   Los Angeles, CA  90071-1514
    Telephone:  +1 213 457 8000
6   Facsimile:   +1 213 457 8080

7   Attorneys for Defendant
    Vector Marketing Corporation

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11  ALICIA HARRIS, as an individual and on       No.: CV 08-5198 EMC
    behalf of all others similarly situated,
12                                               **JOINT STIPULATION RE
                       Plaintiffs,               CONTINUANCE OF RULE 23
13                                               NOTICE AND OPT-OUT
         vs.                                     DEADLINES; [PROPOSED] ORDER**
14
    VECTOR MARKETING                             Complaint Filed:  October 15, 2008
15  CORPORATION, a Pennsylvania                  Trial Date:          June 6, 2011
    corporation; and DOES 1 through 20,
16  inclusive,

17                     Defendants.

18

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

US_ACTIVE-105267308.1

1   Plaintiff Alicia Harris ("Plaintiff" or "Harris") and Defendant Vector Marketing
2   Corporation ("Defendant" or "Vector") enter into this joint stipulation with reference
3   to the following facts:

## <u>RECITALS</u>

5   A.   WHEREAS on November 5, 2010, the Court issued its Order Granting
6   Plaintiff's Motion to Certify FLSA Collective Action; Denying Defendant's Motion to
7   Decertify; Granting in Part and Denying in Part Plaintiff's Motion to Certify Rule 23
8   Class Action; and Granting in Part and Denying in Part Defendant's Cross-Motion to
9   Deny Certification ("Certification Order") (Docket 375).

10   B.   WHEREAS on November 8, 2010, Vector filed its Ex Parte Application
11   to Stay, or, in the Alternative to Continue, Class Notice and Opt-Out Deadlines ("*Ex
12   Parte* Application") (Docket 376).

13   C.   WHEREAS on November 9, 2010, Plaintiff filed her Opposition to
14   Vector's Ex Parte Application (Docket 378).

15   D.   WHEREAS on November 10, 2010, the Court conducted a telephonic
16   conference call to discuss: (1) irreparable harm potentially resulting from issuance of
17   the Rule 23 class notice, including the approximate cost of mailing that class notice,
18   and who bears the cost; and (2) what discovery would need to be deferred until after
19   the proposed new Rule 23 opt out deadline.

20   E.   WHEREAS the Court advised the parties that it would grant Vector's
21   request for a 30 day continuance of the dates related to the issuance of the class notice
22   if the parties could reach agreement regarding the maximum number of depositions
23   Vector could take after the deadline for opt-outs and before the non-expert discovery
24   cut-off date on March 2, 2011.

25   F.   WHEREAS on November 12, 2010, the Court signed the Stipulation and
26   Order re 30-day Continuance of Rule 23 Notice and Opt-Out Deadline.

27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

G.     WHEREAS on November 22, 2010, Vector filed its Petition for Permission to Appeal under Federal Rule of Civil Procedure 23(f) in the Ninth Circuit Court of Appeal.

H.     WHEREAS on December 2, 2010, Plaintiff/Respondent filed her Answer to Petition for Permission to Appeal under Federal Rule of Civil Procedure 23(f).

I.     WHEREAS the Ninth Circuit has not acted on the Petition.

J.     WHEREAS, in or about early December 2010, Vector asked Plaintiff to agree to a further deferral of the Rule 23 class notice from December 13, 2010 to January 12, 2011;

K.     WHEREAS, in consideration of Plaintiff's agreement to a further deferral of Rule 23 class notice and as memorialized in the joint stipulation filed on December 8, 2010 (docket no. 385), Vector agreed that it will not take any depositions of non-expert witnesses, and the parties reached other agreements relating to discovery matters that have been documented between the parties themselves; and

L.     WHEREAS, the parties have agreed to another continuance of the deadline to issue the Rule 23 class notice, given that the Ninth Circuit has not acted on Vector's Rule 23(f) Petition as of the date of this joint stipulation.

K.     WHEREAS, Vector has agreed to withdraw its *Ex Parte* Application Re: Shortened Notice on Motion to Stay Action filed on January 4, 2011, without prejudice to refiling it in the future, in consideration for Plaintiff's agreement to a further continuance of the Rule 23 notice and opt-out deadlines.

## STIPULATION

NOW, THEREFORE, it is hereby stipulated by the parties, through their respective counsel of record, as follows:

1.     The deadline for mailing the Rule 23 class notice is continued from January 12, 2011 to February 9, 2011;

JOINT STIPULATION RE CONTINUANCE OF RULE 23 NOTICE AND OPT-OUT DEADLINES AND [PROPOSED] ORDER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

2.   The period of time for the Rule 23 class members to opt out is changed from 45 days to 30 days, with the deadline for opting out continued from February 28, 2011 to March 11, 2011; and

3.   No other deadlines as they relate to the Fourth Amended Case Management and Pretrial Order previously agreed upon by the parties and approved by the Court, as set forth in its Order dated December 14, 2010 (docket no. 386), are modified.

IT IS SO STIPULATED.

Dated:  January 5, 2011          REED SMITH LLP

By___/S/_____
          Roxanne M. Wilson
          Attorneys for Defendant
          VECTOR MARKETING CORPORATION

Dated:  January 5, 2011          MARLIN & SALTZMAN

By___/S/_____
          Stanley D. Saltzman
          Attorneys for Plaintiff
          ALICIA HARRIS

**ORDER**

Based on the above stipulation, IT IS SO ORDERED.

Dated: _____1/6_____, 2011   _____
                                          Honorable
                                          United States District

IT IS SO ORDERED

Judge Edward M. Chen

JOINT STIPULATION RE CONTINUANCE OF RULE 23 NOTICE AND OPT-OUT DEADLINES AND [PROPOSED] ORDER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware