**MARLIN & SALTZMAN**
Stanley D. Saltzman, Esq. (SBN 90058)
Louis M. Marlin, Esq. (SBN 54053)
Marcus J. Bradley, Esq. (SBN 174156)
Christina A. Humphrey, Esq. (SBN 226326)
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com
louis.marlin@marlinsaltzman.com
mbradley@marlinsaltzman.com
chumphrey@marlinsaltzman.com

*(Additional Plaintiff's counsel on next page)*

Attorneys for Plaintiff and Proposed Class

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HARRIS, as an individual and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>VECTOR MARKETING CORPORATION, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>      Defendants. | CASE NO. CV 08-5198 EMC<br><br>(Assigned to Hon. Edward M. Chen)<br><br>**STIPULATION RE PLAINTIFF'S MOTIONS TO COMPEL; PROPOSED ORDER**<br><br>Discovery Cutoff: March 2, 2011<br>Trial Date: June 6, 2011 |

1

---
**Joint Stipulation Re Plaintiff's Motions to Compel; Proposed Order**
**CASE NO. CV 08-5198 EMC**

**Additional Plaintiff's Counsel**

**DIVERSITY LAW GROUP**
Daniel H. Chang, Esq. (SBN 183803)
Craig S. Hubble, Esq. (SBN 200789)
Larry W. Lee, Esq. (SBN 228175)
444 S. Flower Street
Citigroup Center, Suite 1370
Los Angeles, California 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554
dchang@diversitylaw.com
chubble@diversitylaw.com
lwlee@diversitylaw.com

**LAW OFFICES OF SHERRY JUNG**
Sherry Jung, Esq. (SBN 234406)
444 S. Flower Street
Citigroup Center, Suite 1370
Los Angeles, California 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554
sherryj23@hotmail.com

2

**Joint Stipulation Re Plaintiff's Motions to Compel; Proposed Order**
**CASE NO. CV 08-5198 EMC**

Plaintiff Alicia Harris ("Plaintiff" or "Harris") and Defendant Vector Marketing Corporation ("Defendant" or "Vector") enter into this joint stipulation with reference to the following facts:

## RECITALS

WHEREAS, Plaintiff Harris served a Notice of Deposition of Defendant Vector Marketing Corporation Pursuant to FRCP 30(b)(6), Requests for Production of Documents and Things Set No. Nine and Special Interrogatories No. Three on Defendant Vector Marketing Corporation on November 24, 2010;

WHEREAS, after the parties met and conferred regarding Plaintiff's discovery, Vector agreed, *inter alia*, to provide a declaration and documents in lieu of the 30(b)(6) deposition noticed, but did not waive its right to object to the categories and requests on relevancy and other grounds;

WHEREAS, Plaintiff agreed to withdraw the 30(b)(6) deposition notice in exchange for the declaration and documents;

WHEREAS, the parties agree that Plaintiff can move to compel a further declaration and/or the production of additional documents under the 30(b)(6) deposition notice in lieu of the 30(b)(6) deposition noticed;

WHEREAS, the parties agreed to extend the due date for discovery to January 10, 2010, to accommodate Defendant, as Vector Marketing Corporation was closed during the last two weeks of December and personnel were unavailable to collect documents;

WHEREAS, Defendant provided responses on January 10, 2011, and the parties have since met and conferred regarding the discovery responses and disagree as to whether or not Plaintiff is entitled to information regarding certain categories;

3

**Joint Stipulation Re Plaintiff's Motions to Compel; Proposed Order**
**CASE NO. CV 08-5198 EMC**

WHEREAS, the parties have agreed to resolve their dispute through briefing, but require an expedited briefing schedule and hearing date in order to receive any further information and documents the Court might order, in time to be utilized in support of a dispositive motion Plaintiff intends to file;

WHEREAS, Plaintiff intends to file a motion for summary judgment, and must file the same by February 9, 2011, to regularly notice the motion for hearing on the date already reserved by this Court - March 16, 2011 - the last day to hear dispositive motions;

WHEREAS, the Plaintiff and the class wish to have the plaintiff motion for summary judgment motion heard **after** the opt-out period expires, which is currently set to expire on March 11, 2011, so as to avoid any one-way intervention issues during the opt-out period;

WHEREAS, the Parties have agreed to stipulate to an expedited briefing schedule to accomplish these discovery goals;

NOW, THEREFORE, it is hereby stipulated by the parties, through their respective counsel of record, as follows:

## STIPULATION

1. Plaintiff shall file motions to compel in regards to Defendant's objections to her November 24, 2010 Deposition Notice, Defendant's responses to Set No. Nine of Production, and Defendant's responses to Special Interrogatories No. Three, on or before January 20, 2011. Plaintiff will be filing three separate motions but expects that there will be substantial overlap between the three, and will seek to incorporate argument wherever possible so as to minimize the pages filed in the moving papers. Defendant shall file its opposition(s) to the Motions to Compel on or before January 25,

1  2011; and Plaintiff shall file no reply brief;

2      2.    The Motion to Compel shall be heard on January ~~27~~, 2011, at

3      ~~1:00 p.m.~~,   10:00 a.m.

4  or on a date and time as soon thereafter as convenient for the Court.

5  **IT IS SO STIPULATED.**

6  DATED: January 19, 2011    **MARLIN & SALTZMAN**
**DIVERSITY LAW GROUP**
**LAW OFFICES OF SHERRY JUNG**

By:   /S/ Christina A. Humphrey
Christina A. Humphrey, Esq.
of Marlin & Saltzman
Attorneys for Plaintiff

13  DATED: January 19, 2011    **REED SMITH LLP**

By:   /S/ Roxanne M. Wilson
Roxanne M. Wilson, Esq.
Attorneys for Plaintiff

**ORDER**

Based on the above stipulation, **IT IS SO ORDERED.**

DATED: 1/20/11

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

**Joint Stipulation Re Plaintiff's Motions to Compel; Proposed Order**
**CASE NO. CV 08-5198 EMC**