John P. Zaimes (SBN 91933)
jzaimes@reedsmith.com
Roxanne M. Wilson (SBN 94627)
rwilson@reedsmith.com
John H. Lien (SBN 222842)
jlien@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:   +1 213 457 8000
Facsimile:   +1 213 457 8080

Attorneys for Defendant
Vector Marketing Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HARRIS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VECTOR MARKETING CORPORATION, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | No.: CV 08-5198 EMC<br><br>**JOINT STIPULATION RE SHORTENED NOTICE ON VECTOR'S MOTION TO STAY ACTION PENDING NINTH CIRCUIT RESOLUTION OF RULE 23(F) PETITION; [PROPOSED] ORDER**<br><br>Complaint Filed:  October 15, 2008<br>Trial Date:         June 6, 2011 |

US_ACTIVE-105435912.1

Plaintiff Alicia Harris ("Plaintiff" or "Harris") and Defendant Vector Marketing Corporation ("Defendant" or "Vector") enter into this joint stipulation with reference to the following facts:

## RECITALS

A. WHEREAS on November 5, 2010, the Court issued its Order Granting Plaintiff's Motion to Certify FLSA Collective Action; Denying Defendant's Motion to Decertify; Granting in Part and Denying in Part Plaintiff's Motion to Certify Rule 23 Class Action; and Granting in Part and Denying in Part Defendant's Cross-Motion to Deny Certification ("Certification Order") (Docket 375).

B. WHEREAS on November 19, 2010, Vector filed its Petition for Permission to Appeal under Federal Rule of Civil Procedure 23(f) ("Rule 23(f) Petition") in the Ninth Circuit Court of Appeal of this Court's November 5, 2010 Certification Order;

C. WHEREAS, through stipulation and with Court approval, the parties agreed to incremental postponement of the issuance of the notice to the certified class pending resolution of Vector's Rule 23(f) Petition and, most recently, stipulated that the notice would be mailed on February 9, 2011 without prejudice to Vector's filing of a motion to stay the action until disposition of its Rule 23(f) Petition by the Ninth Circuit (see Docket 381, 386, 390),

D. WHEREAS, the Ninth Circuit has not acted on the Rule 23(f) Petition;

E. WHEREAS, Plaintiff does not agree to any further continuances of the mailing of the class notice as it would necessitate either the moving of the deadline for dispositive motions to be heard, and/or the continuance of the trial date;

F. WHEREAS, Vector has filed an *ex parte* application for shortened notice on its Motion to Stay Action Pending Ninth Circuit Disposition of its Rule 23(f) Petition;

G. WHEREAS, in order to accomplish the mailing of the certification notice on February 9, 2011, the claims administrator has advised the parties that it would

need to commence the printing of the "notice packet" by no later than February 4, 2011; and

H. WHEREAS, the parties have agreed to an expedited briefing schedule on Vector's underlying motion to stay action so that the hearing and ruling by the Court could be completed prior to the February 4 printing commencement date.

## STIPULATION

NOW, THEREFORE, it is hereby stipulated by the parties, through their respective counsel of record, as follows:

1. Vector's Motion to Stay Action Pending Ninth Circuit Disposition of Rule 23(f) Petition shall be deemed to have been filed on January 26, 2011;

2. Plaintiff's opposition to Vector's motion to stay shall be filed on or before Monday, January 31, 2011;

3. Vector's reply shall be filed by 2 p.m. on February 1, 2011 and faxed to the Court's chambers;

5. The hearing on Vector's Motion shall be set on Wednesday, February 2, 2011, at 10:30 a.m. or on a date as soon thereafter as possible based upon the Court's convenience.

IT IS SO STIPULATED.

Dated: January 26, 2011          REED SMITH LLP

                                 By  /S/
                                 _____
                                 Roxanne M. Wilson
                                 Attorneys for Defendant
                                 VECTOR MARKETING CORPORATION

Dated: January 26, 2011          MARLIN & SALTZMAN

                                 By  /S/
                                 _____
                                 Stanley D. Saltzman
                                 Attorneys for Plaintiff
                                 ALICIA HARRIS

# ORDER

Based on the above stipulation, IT IS SO ORDERED that:

1. Vector's Motion to Stay Action Pending Ninth Circuit Disposition of Rule 23(f) Petition shall be deemed to have been filed on January 26, 2011;

2. Plaintiff's opposition to the Motion to Stay shall be filed on or before Monday, January 31, 2011;

3. Vector's reply shall be filed by ~~2 p.m.~~ 12:00 pm on February 1, 2011 and faxed to the Court's chambers;

5. The hearing on the Motion to Stay shall be heard on Wednesday, February 2, 2011, at 10:30 a.m.

Dated: ___1/27___, 2011    _____

United States Magistrate Judge



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen