**MARLIN & SALTZMAN**
Stanley D. Saltzman, Esq. (SBN 90058)
Louis M. Marlin, Esq. (SBN 54053)
Marcus J. Bradley, Esq. (SBN 174156)
Christina A. Humphrey, Esq. (SBN 226326)
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com
louis.marlin@marlinsaltzman.com
mbradley@marlinsaltzman.com
chumphrey@marlinsaltzman.com

(Additional Plaintiff's counsel on next page)

Attorneys for Plaintiff and Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HARRIS, as an individual and on behalf of all others similarly situated, Plaintiff, <br><br> vs. <br><br> VECTOR MARKETING CORPORATION, a Pennsylvania corporation; and DOES 1 through 20, inclusive, Defendant. | Case No. CV ~~10-3748 GHK (RZx)~~ <br> **08-5198 EMC** <br><br> STIPULATION EXTENDING DEADLINE FOR COMPLETION OF MAILING OF CLASS NOTICE ; **ORDER THEREON** |

Plaintiff Alicia Harris ("Plaintiff"), on behalf of herself, individually, and others similarly situated, and Defendant Vector Marketing Corporation. ("Defendant"), hereby stipulate as follows:

1. WHEREAS, pursuant to this Court's Order and as agreed by previous stipulation of the parties, the deadline for the mailing of class notice regarding this Court's November 5, 2010 Class Certification Order is February 9, 2011;

2. WHEREAS, Defendant opposes dissemination of notice until the Ninth Circuit has disposed of its Petition for Permission to Appeal Pursuant to Fed.R.Civ.P. 23(f);

3. WHEREAS, this Court has denied Defendant's motion to stay the litigation pending appeal;

4. WHEREAS, on February 3, 2011 Defendant filed an emergency motion with the Ninth Circuit Court of Appeals requesting that the appellate court issue a stay in the district court proceedings, pending resolution of the 23(f) Petition;

5. WHEREAS, briefing in the Ninth Circuit on Defendant's emergency motion was completed by both parties on Monday, February 7, 2011;

6. WHEREAS, the "motions attorney" for the 9th Circuit Court of Appeals has contacted both parties, and has indicated to counsel that if briefing was completed by February 7, 2011, both the emergency motion to stay and the underlying Rule 23(f) Petition, would be presented to the Ninth Circuit review panel on Monday February 7, 2011 or Tuesday February 8, 2011, and that the panel may rule on the underlying petition as well as the stay at that time; and

7. WHEREAS, the deadline to complete the mailing of class notice could be continued by two days, to Friday, February 11, 2011 without otherwise disturbing this Court's scheduling order. By doing so, the printing of the notices could be deferred by the same two days, so as to begin on Wednesday, February 9, 2011, thus enabling the parties to have the possibility of having the guidance of the appellate court prior to the printing of the Notices. A mailing deadline on February 11, 2011 would still permit the completion of a 30-day opt-out period by March 14, 2011, prior to the dispositive motion hearing date of March 16, 2011.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, through their respective counsel of record as follows:

The deadline to complete mailing of the class notice shall be continued to Friday, February 11, 2011. The printing of class notice shall commence on Wednesday, February 9, 2011. The opt-out period shall conclude on March 14, 2011. The Claims Administrator shall file its declaration, listing all those who elect

to opt-out of the class, on March 15, 2011. In addition, in light of the fact that the deadline to opt-out is a "post-mark" limited time frame, and that additional opt-outs may be received following the opt-out deadline, but would only be valid if post-marked by March 14, 2011, the claims administrator shall file a supplemental declaration 2-weeks later, on March 29, 2011, listing any further, but still timely opt-outs that are received following the March 14, 2011 deadline.

The Parties have further agreed that in the event that the Ninth Circuit does not Rule on the 23(f) Petition, or otherwise provide final guidance on the pending issues, and no Stay is otherwise imposed, that the Notice will proceed to printing and mailing on the revised dates set forth above, to be completed by February 11, 2011.

**IT IS SO STIPULATED.**

DATED: February 8, 2011     MARLIN & SALTZMAN
                            DIVERSITY LAW GROUP
                            LAW OFFICES OF SHERRY JUNG

                            By:  /S/  Stanley D. Saltzman
                               Stanley D. Saltzman, Esq.
                               Marlin & Saltzman
                               Attorneys for Plaintiff

DATED: February 8, 2011     REED SMITH LLP

                            By:  /S/ Roxanne M. Wilson
                               Roxanne M. Wilson, Esq.
                               Attorneys for Defendant

**IT IS SO ORDERED.**

DATED: __February 8, 2011__                         _____
                                                    Hon. Edward M. Chen



3