John P. Zaimes (SBN 91933)
jzaimes@reedsmith.com
Roxanne M. Wilson (SBN 94627)
rwilson@reedsmith.com
John H. Lien (SBN 222842)
jlien@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:   +1 213 457 8000
Facsimile:   +1 213 457 8080

Attorneys for Defendant
Vector Marketing Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HARRIS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VECTOR MARKETING CORPORATION, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | No.: CV 08-5198 EMC<br>AMENDED ORDER (opps due 2/24/11 by 4p)<br><br>**JOINT STIPULATION RE: DEPOSITION OF CRAIG ARNOFF AND MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE; [PROPOSED] ORDER**<br><br>Complaint Filed:   October 15, 2008<br>Trial Date:           June 6, 2011 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff Alicia Harris ("Plaintiff" or "Harris") on behalf of the certified class and Defendant Vector Marketing Corporation ("Defendant" or "Vector") enter into this joint stipulation with reference to the following facts:

## RECITALS

A. WHEREAS on February 10, 2011, the class filed its motion for summary judgment, including, the declaration of Craig Arnoff in support of said motion;

B. WHEREAS, on February 16, 2011, Vector issued a notice of deposition of Mr. Arnoff on matters related to his declaration, which was noticed for February 21, 2011;

C. WHEREAS, due to the parties' scheduling conflicts and matters addressed between the parties, Vector will not be able to take Mr. Arnoff's deposition prior to the February 23, 2010 filing deadline of its opposition to the class' summary judgment motion; and

D. WHEREAS, Plaintiff is agreeable to producing Mr. Arnoff for a deposition on Wednesday, February 23, 2011, the parties have agreed to a modest modification to the motion for summary judgment briefing and other stipulations, as set forth below.

## STIPULATION

NOW, THEREFORE, it is hereby stipulated by the parties, subject to this Court's approval, through their respective counsel of record, as follows:

1. Vector shall take Mr. Arnoff's deposition on Wednesday, February 23, 2011, at the offices of Reed Smith, 355 S. Grand Avenue, Suite 2900, Los Angeles, California 90071, at a mutually convenient time for the parties.  The scope of Mr. Arnoff's deposition shall be limited to testimony set forth in his declaration, filed on February 10, 2011, and not as to matters that may touch upon his work product in connection with the class' opposition to Vector's cross motion for summary.  Nothing herein shall affect Vector's right to take a subsequent deposition of Mr. Arnoff should

CV 08-5198 EMC

he provide additional declarations or other disclosures in this action, following the designation of experts as called for in this Court's Case Management Scheduling Order, and related only to any new or additional opinions Mr. Arnoff may set forth in such further declarations or disclosures, and except as limited by paragraph number four set forth immediately below;

2. The deadline to file oppositions to the parties' cross-motions for summary judgment shall be continued from February 23, 2011 to February 25, 2011;

3. The deadline to file replies in further support of the parties' cross-motions for summary judgment shall be continued from March 2, 2011 to March 4, 2011;

4. For the period between February 25, 2011 to March 2, 2011, no depositions, other than those already noticed, shall be taken by the parties.

IT IS SO STIPULATED.

Dated: February 18, 2011        REED SMITH LLP

                                By   /S/
                                   Roxanne M. Wilson
                                   Attorneys for Defendant
                                   VECTOR MARKETING CORPORATION

Dated: February 18, 2011        MARLIN & SALTZMAN

                                By   /S/
                                   Stanley D. Saltzman
                                   Attorneys for Plaintiff
                                   ALICIA HARRIS

**ORDER**

Based on the above stipulation, IT IS SO ORDERED that:

1. The deadline to file oppositions to the parties' cross-motions for summary judgment shall be continued from February 23, 2011 to ~~February 25, 2011~~; Feb. 24, 2011 by 4:00 p.m.


2. The deadline to file replies in further support of the parties' cross-motions for summary judgment shall be continued from March 2, 2011 to March ~~4~~ 3, 2011; and

3. The hearing on the parties' cross-motions for summary judgment shall take place as previously ordered on Wednesday, March 16, 2011, at 10:30 a.m.

Dated: __2/22__, 2011      _____
                            Hon. Edward M. Chen
                            United States Magistrate Judge



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen