UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALICIA HARRIS,

        Plaintiff,

    v.

VECTOR MARKETING CORPORATION,

        Defendant.

_____/

No. C-08-5198 EMC

**ORDER REGARDING SUPPLEMENTAL BRIEFING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (Docket #450)**

    At the April 8, 2011 hearing, the Court ordered parties to submit supplemental briefing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Docket #450) by April 13, 2011. In addition to the question of whether the Court would or should order a reverter of unclaimed funds post verdict (assuming liability were established at trial), the parties shall additionally address the question whether the Court could order payment directly to class members without the necessity of a claims process with respect to the training time claim.

    IT IS SO ORDERED.

Dated: April 11, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge