John P. Zaimes (SBN 91933)
jzaimes@reedsmith.com
Roxanne M. Wilson (SBN 94627)
rwilson@reedsmith.com
John H. Lien (SBN 222842)
jlien@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:   +1 213 457 8000
Facsimile:   +1 213 457 8080

Attorneys for Defendant
Vector Marketing Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HARRIS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VECTOR MARKETING CORPORATION, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | No.: CV 08-5198 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CLASS ACTION SETTLEMENT APPROVAL SCHEDULE**<br><br>Complaint Filed:   October 15, 2008<br>Trial Date:            Vacated |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff Alicia Harris ("Plaintiff" or "Harris") and Defendant Vector Marketing Corporation ("Defendant" or "Vector") (collectively referred to as the "Parties") enter into this joint stipulation with reference to the following facts:

## RECITALS

A.   WHEREAS, on April 29, 2011, the Court granted plaintiff's motion for preliminary approval of class action settlement and granted plaintiff leave to file a fourth amended complaint ("Preliminary Approval Order") (see Docket No. 466); and

B.   WHEREAS the Court required that the Parties stipulate to a schedule of events related to the settlement approval process within seven days of the date of the Preliminary Approval Order.

## STIPULATION

NOW, THEREFORE, it is hereby stipulated by the Parties, through their respective counsel of record, as follows:

1.   The Parties propose the following schedule of events related to the settlement approval process:

| Date | Event |
|---|---|
| May 9, 2011 | Claims Administrator to Mail Notice Packets |
| June 1, 2011 | Mailing of Reminder Postcard |
| June 2, 2011 | Last Day to File Attorneys' Fees and Costs Motion |
| June 2, 2011 | Last Day to File Motion Re: Incentive Payment to Plaintiff |
| June 23, 2011 | Last Day to File Objections |
| July 8, 2011 | Last Day for Class Members to Mail Claim Forms |
| July 8, 2011 | Last Day for Class Members to Mail Opt Out Letters |
| July 20, 2011 | Last Day to File Motion Re: Final Approval |
| August 8, 2011 | Deadline Re: Late Claim Forms |
| August 10, 2011 | Final Fairness Hearing and Hearing on Motions. |

//
//

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

CV 08-5198 EMC   – 1 –   US_ACTIVE-106151476.1
JOINT STIPULATION AND [PROPOSED] ORDER RE CLASS ACTION SETTLEMENT APPROVAL SCHEDULE

1  IT IS SO STIPULATED.

2  Dated: May 4, 2011                REED SMITH LLP

3

4                                     By   /S/
5                                        John P. Zaimes
                                         Attorneys for Defendant
6                                        VECTOR MARKETING CORPORATION

7  Dated: May 4, 2011                MARLIN & SALTZMAN

8

9

10                                    By   /S/
                                         Stanley D. Saltzman
11                                       Attorneys for Plaintiff
                                         ALICIA HARRIS

12

13                                  **ORDER**

14    Based on the above stipulation, IT IS SO ORDERED.

15

16  Dated: May   5  , 2011

17                                                                    
                                         Honorable          Chen
                                         United             Magistrate Judge

