**MARLIN & SALTZMAN**
Stanley D. Saltzman, Esq. (SBN 90058)
Marcus J. Bradley, Esq. (SBN 174156)
Christina A. Humphrey, Esq. (SBN 226326)
Kiley L. Grombacher, Esq. (SBN 245960)
29229 Canwood Street, Suite 208
Agoura Hills, California   91301
Telephone:      (818) 991-8080
Facsimile:       (818) 991-8081
ssaltzman@marlinsaltzman.com
mbradley@marlinsaltzman.com
chumphrey@marlinsaltzman.com
kgrombacher@marlinsaltzman.com

*(Additional Plaintiff's counsel on next page)*

Attorneys for Plaintiff and Proposed Class

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HARRIS, as an individual and on behalf of all others similarly situated, | **CASE NO. CV 08-5198 EMC**<br>(Assigned to Hon. Edward M. Chen) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES** |
| v. | |
| VECTOR MARKETING CORPORATION, a Pennsylvania corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 | **Additional Plaintiff's Counsel**

2 | **DIVERSITY LAW GROUP**
Daniel H. Chang, Esq. (SBN 183803)
3 | Craig S. Hubble, Esq. (SBN 200789)
Larry W. Lee, Esq. (SBN 228175)
4 | 444 S. Flower Street
Citigroup Center, Suite 1370
5 | Los Angeles, California   90071
Telephone:     (213) 488-6555
6 | Facsimile:      (213) 488-6554
dchang@diversitylaw.com
7 | chubble@diversitylaw.com
lwlee@diversitylaw.com

8 | **LAW OFFICES OF SHERRY JUNG**
Sherry Jung, Esq. (SBN 234406)
9 | 444 S. Flower Street
Citigroup Center, Suite 1370
10 | Los Angeles, California   90071
Telephone:     (213) 488-6555
11 | Facsimile:      (213) 488-6554
sherryj23@hotmail.com

---

**[Proposed] Order Granting Motion for Approval of Attorneys' Fees**
**Case No. CV 08-5198 EMC**

**Proposed Order**

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Approval of Attorneys' Fees (Docket No. ___). The Court has considered the Plaintiff's filings and arguments made at oral argument on this Motion, which was held on August 10, 2011.

IT IS HEREBY ORDERED that Plaintiff's Application is granted and attorneys' fees in the in the amount of $4,190,000.00 are hereby approved and awarded.

DATED: _____     _____

U.S. Magistrate Judge Edward M. Chen