1  Stanley Saltzman (State Bar No. 90058)
   ssaltzman@marlinsaltzman.com
2  Marcus Bradley (State Bar No. 174156)
3  mbradley@marlinsaltzman.com
   **MARLIN & SALTZMAN, P.C.**
4  29229 Canwood St., Suite 208
   Agoura Hills, CA 91301
5  (818) 991-8080
6  (818) 991-8081 (facsimile)

7  Attorneys for Plaintiff Alicia Harris and the class
   * *Additional Plaintiff's Counsel Listed on Following Page*
8

9
                    UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| ALICIA HARRIS, as an individual and on behalf of all others similarly situated, | Case No.: CV 08 5198 EMC |
| | **[PROPOSED] JUDGMENT** |
| Plaintiff, | |
| vs. | Date:      August 10, 2011 |
| | Time:      10:30 a.m. |
| VECTOR MARKETING CORPORATION, a Pennsylvania corporation; and DOES 1 through 20, inclusive, | Courtroom: 5 |
| | Judge:     Edward M. Chen |
| Defendants. | |

## ADDITIONAL PLAINTIFF'S COUNSEL

Louis Marlin (State Bar No. 54053)
louis.marlin@marlinsaltzman.com
**MARLIN & SALTZMAN, P.C.**
3200 El Camino Real, Suite 100
Irvine, CA 92602
(714) 669-4900
(714) 669-4750 (facsimile)

Daniel H. Chang (State Bar No. 183803)
dchang@diversitylaw.com
Larry W. Lee (State Bar No. 228175)
lwlee@diversitylaw.com
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street
Citigroup Center · Suite 1370
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

Sherry Jung, Esq. (State Bar No. 234406)
sherryj23@hotmail.com
**LAW OFFICES OF SHERRY JUNG**
444 S. Flower Street
Citigroup Center · Suite 1370
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

2

**[PROPOSED] JUDGMENT**
USCD Northern District Case No. CV 08 5198 EMC

## JUDGMENT

On August 10, 2011, the Court entered its Order Granting Plaintiff's Final Approval of Class Action Settlement, Award of Attorney Fees, Costs, and Incentive to Class Representative ("Final Approval Order"). Pursuant to Federal Rule of Civil Procedure 54, judgment is hereby entered. The action is dismissed with prejudice per the terms and conditions set forth in the Final Approval Order.

The Court retains jurisdiction over Plaintiff, Defendant, and the members of the Class to enforce the terms of the Settlement Agreement, Final Approval Order and this Judgment.

Dated _____, 2011

_____
Hon. Edward M. Chen
Judge of the United States District Court