UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>VECTOR MARKETING CORPORATION,<br><br>    Defendant.<br>_____/ | No. C-08-5198 EMC<br><br>**CORRECTED ORDER RE SUPPLEMENTAL BRIEFING FOR PLAINTIFF'S MOTION FOR FINAL APPROVAL AND PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**<br><br>**(Docket Nos. 470, 476)** |

Approximately a week after the hearing on Plaintiff's motion for final approval and motion for attorney's fees, the Ninth Circuit issued a decision in *In re Bluetooth Headset Products Liability Litigation*, No. 09-56683, 2011 U.S. App. LEXIS 17224 (9th Cir. Aug. 19, 2011). Having reviewed that decision, the Court concludes that it is material to the resolution of the pending motions and therefore orders the parties to file supplemental briefs as to whether the proposed settlement is fair, reasonable, and adequate in light of that decision.

Each supplemental brief shall be no longer than seven pages. The briefs shall be filed by September 9, 2011. A further hearing on the motions shall be held on September 23, 2011.

IT IS SO ORDERED.

Dated: September 1, 2011

_____
EDWARD M. CHEN
United States District Judge