UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HARRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>VECTOR MARKETING CORPORATION,<br><br>        Defendant.<br>_____/ | No. C-08-5198 EMC<br><br>**ORDER DENYING JOINT STIPULATION FOR SHORTENED TIME**<br><br>**(Docket No. 503)** |

        The parties have submitted a stipulation, asking that the motion for final approval and associated motion for fees and costs be heard on shortened time. Under the parties' stipulation, the hearing would be held on January 20, 2011, and the class members would have only fourteen days after filing of the two motions to object, a period that covers both the Christmas holiday as well as the New Year.

        It appears from the stipulation that the parties contemplate service of the motion on only those class members who objected to the original settlement -- *i.e.*, not the entire class. The parties, however, have failed to address why notice to the entire class is not necessary. Without this predicate showing, the schedule proposed by the parties is not justified. Moreover, the Court is troubled by the proposed schedule given the short amount of time for members to respond to the motions (particularly during the holiday season).

        Accordingly, the Court hereby orders as follows.

        1.     By **December 22, 2011**, Plaintiff shall file the motion for final approval and motion for fees and costs. Plaintiff shall serve Defendant by the same date.

///

2.  By **December 29, 2011**, the parties shall file either a joint brief or cross-briefs as to why notice of the new settlement should not be given to the entire class. The brief(s) shall be no longer than ten (10) pages.

3.  The Court will determine how to proceed thereafter and may set a schedule for the notice and approval process.

This order disposes of Docket No. 503.

IT IS SO ORDERED.

Dated: December 21, 2011

_____
EDWARD M. CHEN
United States District Judge

2