UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HARRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>VECTOR MARKETING CORPORATION,<br><br>        Defendant.<br>_____/ | No. C-08-5198 EMC<br><br>**ORDER RE SUPPLEMENTAL BRIEFING FOR PLAINTIFF'S MOTION FOR FINAL APPROVAL**<br><br>**(Docket No. 505)** |

        Previously, the Court ordered the parties to provide supplemental briefing by December 29, 2011, as to why notice to the entire class is not necessary. Thereafter, Plaintiff filed her renewed motion for final approval. Having done a preliminary review of the renewed motion, the Court hereby orders that the parties provide supplemental briefing -- also by December 29 -- as to whether there is any case authority permitting commitment of residual funds to a cy pres fund rather than to the class (whether the entire class or simply those who initially submitted claims) under the circumstances of this case. *See, e.g.*, *Nachshin v. AOL, LLC*, No. 10-55129, 2011 U.S. App. LEXIS 23244, at *1, 8 (9th Cir. Nov. 21, 2011) (noting that the *cy pres* doctrine allows for distribution to the next best class of beneficiaries and that "federal courts frequently use the *cy pres* doctrine 'in the settlement of class actions where *the proof of individual claims would be burdensome or distribution*

///

///

///

///

*of damages costly*'") (emphasis added). The parties should also address whether the interest in avoiding another notice to the class is a proper consideration.

IT IS SO ORDERED.

Dated: December 23, 2011

_____
EDWARD M. CHEN
United States District Judge